**SEALED**

FILED ___ LODGED
RECEIVED ___ COPY

JAN 2 7 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>      Plaintiff,<br>  v.<br>United States of America,<br>      Plaintiff,<br>  v.<br><br>1) Daniel David Rigmaiden,<br>   a.k.a. Steven Travis Brawner,<br>   a.k.a. Travis Rupard,<br>   a.k.a. Patrick Stout,<br>   (Counts 1-74); and<br><br>2) Ransom Carter<br>   (Counts 1-3, 37 & 38);<br><br>      Defendants. | NO. CR-08-814-PHX-DGC<br><br>**ORDER TO SEAL**<br>**SUPERSEDING INDICTMENT** |

    Based upon the United States of America's Motion to Seal pursuant to Fed. R. Crim. P. 6(e)(4), and good cause appearing;

    IT IS ORDERED that the Superseding Indictment filed in this matter, the Motion to Seal and this order be filed under seal.

/

/

/

/

/

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on _____ _____ for a total of _____ days.

DATED this __27ⁿ__ day of __January, 2010__.

_____
EDWARD C. VOSS
UNITED STATES MAGISTRATE JUDGE

2