DENNIS K. BURKE
United States Attorney
District of Arizona

PETER SEXTON
Assistant U.S. Attorney
Arizona State Bar No. 011089
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
peter.sexton@usdoj.gov

```
                FILED ___ LODGED
                RECEIVED ___ COPY

                    MAR 2 3 2010

            CLERK U S DISTRICT COURT
              DISTRICT OF ARIZONA
            BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR 08-0814-PHX-DGC |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| Daniel David Rigmaiden, | **(Under Seal)** |
| Defendant. | **SEALED** |

PLEASE TAKE NOTICE that Peter Sexton, Assistant United States Attorney for the District of Arizona, is associated as additional counsel for plaintiff as of this date. All future notices should be sent to the following (in addition to any other counsel for plaintiff):

PETER SEXTON
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7508
Facsimile:  (602) 514-7450
peter.sexton@usdoj.gov

/
/
/
/
/

Respectfully submitted this 23rd day of March, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

*Peter Sexton*
PETER SEXTON
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2010, I caused the attached document to be filed under seal with the Clerk's Office and a copy to be mailed to defendant and defendant's shadow counsel Philip A. Seplow at the following addresses:

Daniel Rigmaiden
Agency No. 10966111
CCA-CADC
Post Office Box 6300
Florence, Arizona 85132

Philip A. Seplow
Attorney at Law
2000 North 7th Street
Phoenix, Arizona 85006