IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 08-00814-PHX-DGC |
| Plaintiff, ) | **ORDER** |
| vs. ) | (First Request) |
| RANDSOM MARION CARTER III, ) | |
| Defendant. ) | |

Upon motion of the defendant and no objection by the Government and good cause appearing,

**IT IS ORDERED** granting the defendant's Motion to Continue Trial and Pretrial Deadlines for the reasons stated in defendant's motion, including that defense counsel needs additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

1 **IT IS FURTHER ORDERED**: continuing the trial in this matter for a period of
2 approximately sixty (60) days from the current date of June 8, 2010 to
3
4 _____, 2010 at _____ in Phoenix, Arizona.
5 This court specifically finds that the ends of justice served by taking this action
6 outweigh the best interest of the public and the defendant in a speedy trial.  This finding is
7 based on the court's conclusion that the failure to grant such a continuance would
8
9 unreasonable deny the defendant continuity of counsel and would deny the attorney for
10 defendant the reasonable time necessary for effective preparation, taking into account the
11 exercise of due diligence.   18 U.S.C. §3161(h)(8)(b)(IV).
12
13 **IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C.
14 §3161(h) _____ will commence on _____ for a total of \_\_\_\_\_ days.
15 DONE IN OPEN COURT this \_\_\_\_\_ day of _____, 2010.
16
17
18
  _____
19  The Honorable David G. Campbell
  Senior United States District Court Judge
20  District of Arizona
21
22
23
24
25
26
27
28

– 2 –