1 Taylor W. Fox
Taylor W. Fox, P.C. 019780
2 1 Renaissance Square, 2 N. Central Ave.
Suite 735, Phoenix, AZ 85004
3 Telephone: 602-443-2220
4 Facsimile:   602-443-2221
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | No. CR08-00814-PHX-DGC |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT CARTER'S RESPONSE TO CO-DEFENDANT RIGMAIDEN'S MOTION TO CONTINUE STATUS HEARING** |
| RANSOM MARION CARTER III, | |
| Defendant. | |

NOW COMES the Defendant, by and through undersigned counsel, and respectfully submits this response not opposing co-defendant Rigmaiden's Motion to Continue Status Hearing set for November 9, 2010.  Counsel for Mr. Carter will be unavailable to appear at any rescheduled status hearing between November 18, 2010 and November 30, 2010.

RESPECTFULLY SUBMITTED this 5th day of November, 2010.


By:      s/Taylor W. Fox

1

## MAIL CERTIFICATE

**I HEREBY CERTIFY THAT ON THE FIFTH DAY OF николаевNOVEMBER, 2010, I ELECTRONICALLY TRANSMITTED THE ATTACHED DOCUMENT TO THE CLERK'S OFFICE USING THE CM/ECF SYSTEM FOR FILING AND TRANSMITTAL OF A NOTICE OF ELECTRONIC FILING TO THE FOLLOWING CM/ECF REGISTRANTS:** Judge David G. Campbell, Assistant U.S. Attorney, Frederick Battista

BY: TAYLOR W. FOX

:     s/Taylor W. Fox