UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| | ) CR 08-814-02-PHX-DGC |
| Plaintiff, | ) |
| | ) |
| v. | ) CONSENT OF DEFENDANT |
| | ) |
| Ransom Marion Carter, III, | ) ORDER OF REFERRAL |
| | ) |
| Defendant. | ) |

**ORDER OF REFERRAL**

Defendant, Ransom Marion Carter, III, having requested permission to enter a plea of guilty, and having consented to go forward with that plea of guilty before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge David K. Duncan, to administer the allocution pursuant to Rule 11, Fed.R.Crim.P., and to make findings as follows:

(A)   Whether defendant (1) is competent to enter a plea; (2) knowingly and voluntarily wishes to enter a plea to the charges(s); (3) understands the charge(s); (4) whether there exists a factual basis for the charge(s); and a recommendation as follows:

(B)   Whether the plea of guilty should be accepted by the District Court.

Dated this 5th day of April, 2011.

David G. Campbell
United States District Judge

**CONSENT OF DEFENDANT**

After full consultation with counsel, I voluntarily consent to go forward with my plea of guilty before the United States Magistrate Judge. I consent to the above referral:

Defendant/Date

Counsel for Defendant/Date

Assistant U. S. Attorney/Date