✎PS 40
(Rev. 6/05)

UNITED STATES DISTRICT COURT

# NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| **TO:** | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, DC 20037 | **FROM:** | U.S. District Court<br>District of Arizona<br>401 W. Washington St., SPC 1<br>Phoenix, AZ 85003 |

[X] **Original Notice**       [ ] **Notice of Disposition**

**Date:** 5/5/2011      **Date:** ___

**By:** Michele Morgan      **By:** ___

---

Defendant: Ransom Marion Carter, III      Case Number: CR 08-814-2-PHX-DGC

Date of Birth: 1966      Place of Birth: Baltimore, MD

SSN: N/A

---

**Notice of Court Order** (Order Date: 5/5/2011 )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the U.S. District Court on _____.

---

**NOTICE OF DISPOSITION**

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.

[ ] Defendant not convicted – Document returned to defendant.

[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court