1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7                 FOR THE DISTRICT OF ARIZONA

8

9   United States of America,              )
                                           )   No. CR 08-00814-02 PHX DGC
10              Plaintiff,                  )
                                           )
11  vs.                                    )
                                           )   **ORDER**
12  Ransom Marion Carter, III,             )
                                           )
13              Defendant.                 )
                                           )
14  _____    )

15

16      On April 21, 2011, Magistrate Judge David K. Duncan issued "Findings and

Recommendation of the Magistrate Judge Upon a Plea of Guilty and Order."  The Magistrate
17

Judge recommended that the Court accept Defendant's plea of guilty, subject to the Court's
18

acceptance of the Plea Agreement.  No objections have been filed pursuant to 28 U.S.C. §
19

636(b)(1).  The Court accepts the Recommendation of the Magistrate Judge.
20

21      **IT IS HEREBY ORDERED** that Defendant's guilty plea is accepted, that the Court's

decision on acceptance of the Plea Agreement will be deferred to the time of sentencing, and
22

that the Probation Office shall prepare a presentence report.
23

        DATED this 17th day of May, 2011
24

25

26

                              _____
27                                      David G. Campbell
                                   United States District Judge

28