UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br>　　v.<br><br>Ransom Marian Carter, III,<br><br>　　　　Defendant. | CR-08-814-02-PHX-DGC<br><br>**ORDER** |

　　　The government having filed a motion to continue the sentencing, without opposition by defendant, and good cause appearing,

　　　**IT IS ORDERED** that defendant's sentencing is continued from Monday, July 18, 2011, at 4:00 p.m. to _____, 2011 at _____.

　　　Excludable delay under 18 U.S.C. 3161(h) _____ is found to commence on _____ for a total of _____ days.