UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br>        v.<br>Ransom Marian Carter, III,<br><br>                    Defendant. | CR-08-814-02-PHX-DGC<br><br>**ORDER** |

The government having filed a motion to continue the sentencing, without opposition by defendant, and good cause appearing,

**IT IS ORDERED** that defendant's sentencing is continued from Monday, July 18, 2011, at 4:00 p.m. to October 24, 2011 at 11:00 a.m.

DATED this 20th day of July, 2011.

David G. Campbell
United States District Judge