ANN BIRMINGHAM SCHEEL
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>          Plaintiff,<br><br>     v.<br><br>Ransom Marion Carter, III,<br><br>          Defendant. | CR-08-814-02-PHX-DGC<br><br>**GOVERNMENT'S MOTION TO CONTINUE SENTENCING** |

The United States moves to continue the sentencing of defendant Ransom Marion Carter, III, which is currently scheduled for October 24, 2011, at 11:00 a.m. for a period of 90 days. Additional time is needed by both parties to prepare for the sentencing in this case.

Undersigned counsel has contacted Taylor Fox, counsel for defendant, and he has no objection to a continuance.

It is expected that excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

/

/

Respectfully submitted this 19th day of October, 2011.

ANN BIRMINGHAM SCHEEL
United States Attorney
District of Arizona

S/Frederick A. Battista

FREDERICK A. BATTISTA
PETER S. SEXTON
JAMES R. KNAPP
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2011, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

Taylor Fox
Counsel for Defendant Ransom Carter

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

S/Frederick A. Battista

FREDERICK A. BATTISTA
Assistant U.S. Attorney