UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br>    v.<br>Ransom Marian Carter, III,<br><br>         Defendant. | CR-08-814-02-PHX-DGC<br><br>**ORDER** |

The government having filed a motion to continue the sentencing, without opposition by defendant, and good cause appearing,

**IT IS ORDERED** that defendant's sentencing is continued from Monday, October 24, 2011, at 11:00 a.m. to _____, 20___ at _____.

Excludable delay under 18 U.S.C. 3161(h) _____ is found to commence on _____ for a total of _____ days.