UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>Ransom Marian Carter, III,<br><br>　　　　　Defendant. | CR 08-814-02-PHX-DGC<br><br>**ORDER** |

The government having filed a motion to continue the sentencing, without opposition by defendant, and good cause appearing,

**IT IS ORDERED** that defendant's sentencing is continued from Monday, October 24, 2011, at 11:00 a.m. to December 12, 2011 at 11:00 a.m.

DATED this 21st day of October, 2011.

_____
David G. Campbell
United States District Judge