IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 08CR0814-002-PHX-DGC |
| | ) | |
| | ) | |
| CARTER III, Ransom Marion | ) | ORDER CONTINUING SENTENCING |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon request of the U. S. Probation Officer and good cause appearing,
IT IS HEREBY ORDERED:

     X           continuing sentencing until   March 19, 2012 at 11:00 a.m.

DATED this 12th day of December, 2011.

David G. Campbell
United States District Judge