**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR08-0814-01-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Daniel David Rigmaiden (1), | |
| Defendant. | |

The Court has received a Motion for Leave to File Brief as *Amici Curiae* in support of Defendant. Doc. 736. Specifically, Amici wish to provide a brief in support of "Defendant's Motion for Disclosure of All Relevant and Helpful Evidence by the Government Based on a Claim of Privilege." Doc. 738.

While the Court appreciates the interest of Amici in this case, the Court has already ruled on the motion Amici seek to support. Doc. 723. Amici have no standing to seek reconsideration of the Court's order. As a result, the Motion for Leave to File Brief as *Amici Curiae* in support of Defendant (Doc. 736) is **denied**.

Dated this 27th day of January, 2012.

David G. Campbell
United States District Judge