**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR08-0814-01-PHX-DGC |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Daniel David Rigmaiden (1), | |
| Defendant. | |

The Court held a status conference with the parties on January 27, 2012. Among other matters, the following items were resolved.

1. The government clarified its concession with respect to a Fourth Amendment search. The government will concede that the actions it took during the air card locating mission were sufficiently intrusive to constitute a search under the Fourth Amendment, but reserves its right to argue that Defendant did not have a reasonable expectation of privacy in the places or items searched. As a result of this concession, Defendant will not need to prove intrusiveness, but will need to address his reasonable expectation of privacy.

2. The Court extended the deadline for Defendant's Fourth Amendment motion to suppress until April 27, 2012. The Court extended the page limit for the motion to 75 pages.

Dated this 27th day of January, 2012.

_____
David G. Campbell
United States District Judge