**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR08-0814-01-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Daniel David Rigmaiden (1), | |
| Defendant. | |

This matter is before the Court pursuant to Defendant's motion for leave to file non-standard motion for reconsideration of the Court's Order at Dkt. #723. Doc. 744.

**IT IS ORDERED** that Defendant's motion for leave (Doc. 744) is **granted**. The Clerk is directed to file the motion for reconsideration lodged as Doc. 745.

Excludable delay under 18 U.S.C. § 3161(h)(1)(D) is found to commence on January 19, 2012 through March 28, 2012.

Dated this 28th day of March, 2012.

David G. Campbell
United States District Judge