1  Taylor W. Fox
   Taylor W. Fox, P.C. 019780
2  1 Renaissance Square, 2 N. Central Ave.
   Suite 735, Phoenix, AZ 85004
3  Telephone: 602-443-2220
4  Facsimile:   602-443-2221
   Attorney for Defendant
5
6  I
                IN THE UNITED STATES DISTRICT COURT
7                  FOR THE DISTRICT OF ARIZONA
8
9       UNITED STATES OF AMERICA,        No. CR08-00814-PHX-DGC

10          Plaintiff,
                                         **NOTICE OF WAIVER OF**
11          vs.                          **ELECTRONIC SERVICES**

12
13  RIGMAIDEN ET AL,

14          Defendant.

15

16       Comes now Taylor W. Fox, counsel for Defendant Ransom Carter III.

17  Pursuant to General Order 05-38, I certify that I am authorized to file this

18  document on behalf of the above-named Defendant. Judgment having been

19  entered, the time from which to appeal said judgment having expired, counsel

20  hereby gives notice of waiver of service of any further documents in this matter.

21

22

23  RESPECTFULLY SUBMITTED this 5TH day of October, 2012.

24

25  By:      s/Taylor W. Fox

26

1

## MAIL CERTIFICATE

**I HEREBY CERTIFY THAT ON THE FIFTH DAY OF OCTOBER, 2012, I ELECTRONICALLY TRANSMITTED THE ATTACHED DOCUMENT TO THE CLERK'S OFFICE USING THE CM/ECF SYSTEM FOR FILING AND TRANSMITTAL OF A NOTICE OF ELECTRONIC FILING TO THE FOLLOWING CM/ECF REGISTRANTS:** Judge David G. Campbell, Assistant U.S. Attorney, Frederick Battista

BY: TAYLOR W. FOX

:     s/Taylor W. Fox