# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Daniel David Rigmaiden,<br><br>　　　　　　Defendant. | CR-08-814-001-PHX-DGC<br><br>**ORDER FOR ENLARGEMENT OF TIME** |

Upon motion of the United States, good cause appearing as stated in the government's motion,

IT IS ORDERED granting the United States' Motion for Enlargement of Time to Respond to Motion to Dismiss for (1) Government's Prejudicial Extrajudicial Press Comments Severe Enough to Impeach Claimed Indifference of Jurors, and/or (2) Various Government Misconduct (Docket No. 1000) and Supplement to Motion to Dismiss for (1) Government's Prejudicial Extrajudicial Press Comments Severe Enough to Impeach Claimed Indifference of Jurors, and/or (2) Various Government Misconduct (Docket No. 1005) , until  May 17 , 2013.

DATED this 7th day of May, 2013.

_____
David G. Campbell
United States District Judge