1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant

6

7              UNITED STATES DISTRICT COURT

8                  DISTRICT OF ARIZONA

9

10  United States of America,              No. CR08-814-PHX-DGC

11           Plaintiff,                    FOURTH SUBMISSION OF
                                           CONSOLIDATED EXHIBITS RELATING
12  v.                                     TO DISCOVERY AND SUPPRESSION
                                           ISSUES
13  Daniel David Rigmaiden, et al.,

14           Defendant.

15

16          Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits: *Fourth*

17  *Submission Of Consolidated Exhibits Relating To Discovery And Suppression Issues*.

18  Through this filing, the defendant is submitting 24 exhibits for the record.  The attached

19  exhibits are different from and in addition to the 52 exhibits previously submitted via *First*

20  *Submission Of Consolidated Exhibits Relating To Discovery And Suppression Issues* (Dkt.

21  #587), the 116 exhibits previously submitted via *Second Submission Of Consolidated*

22  *Exhibits Relating To Discovery And Suppression Issues* (Dkt. #821), and the 14 exhibits

23  previously submitted via *Third Submission Of Consolidated Exhibits Relating To Discovery*

24  *And Suppression Issues* (Dkt. #863).

25          The defendant will be filing multiple documents that will refer to many of the same

26  exhibits.  LRCiv 7.1(d)(1), when referenced through LRCrim 12.1, prohibits the defendant

27  from attaching an exhibit to a filing that has already been attached to a previous filing.  *See*

28  *id*.  Pursuant to LRCiv 7.1(d)(2), when referenced through LRCrim 12.1, the defendant is

*FOURTH SUBMISSION OF CONSOLIDATED EXHIBITS
RELATING TO DISCOVERY AND SUPPRESSION ISSUES
CR08-814-PHX-DGC*

1   required to incorporate by reference any exhibit that is already on the record.  *See id*.  The

2   defendant is filing this submission in order to place numerous exhibits on the record in one

3   convenient filing.  Each exhibit attached to this submission is relevant to the defendant's

4   defense and will be incorporated into future filings by reference, *e.g.*, the defendant's *Reply*

5   *To Government's Response To Defendant's Motion To Suppress*.

6          This submission was drafted and prepared by the *pro se* defendant, however, he

7   authorizes his shadow counsel, Philip Seplow, to file this submission on his behalf using the

8   ECF system.  The defendant is appearing *pro se* and has never attended law school.  The

9   defendant's filings, however inartfully pleaded, must be liberally construed and held to less

10  stringent standards than formal pleadings drafted by lawyers.  *See* <u>Haines v. Kerner</u>, 404 U.S.

11  519, 520 (1972).

12         It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a

13  result of this submission.

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

*FOURTH SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

1    Respectfully Submitted:

2

3                                          PHILP SEPLOW, Shadow Counsel, on
                                           behalf of DANIEL DAVID RIGMAIDEN,
4                                          Pro Se Defendant:

5

6                                          s/ Philip Seplow
                                           _____
                                           Philip Seplow
7                                          Shadow Counsel for Defendant.

8

9    ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

*FOURTH SUBMISSION OF CONSOLIDATED EXHIBITS
RELATING TO DISCOVERY AND SUPPRESSION ISSUES
CR08-814-PHX-DGC*

**CERTIFICATE OF SERVICE**

I hereby certify that on:                I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))