**Philip A. Seplow, Esq.**
**Attorney #004859**
**2000 North 7th Street**
**Phoenix, AZ  85006**
**E-Mail: screenwriter2@earthlink.net**
**Phone: (602) 254-8817**
**Fax      (602) 254-0271**

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America | ) | Case No.  CR 08-814-PHX-DGC |
| | ) | |
| Plaintiff, | ) | NOTICE OF FILING DECLARATION |
| | ) | OF DANIEL COLMERAUER RE: LATE |
| vs. | ) | FILING OF DEFENDANT'S CLARIFICATION |
| | ) | OF DEFENDANT'S ANSWER IN RESPONSE |
| Daniel David Rigmaiden, | ) | TO COURT'S QUESTION ASKED AT MARCH |
| | ) | 28, 2013 HEARING |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW the Defendant, Daniel David Rigmaiden, by and through undersigned shadow counsel, and gives notice of the filing of the attached Declaration of Daniel M. Colmerauer.

DATED THIS 13th day of May, 2013.

PHILIP A. SEPLOW, ESQ.


By: s/Philip A. Seplow
    Philip A. Seplow, Esq.
    Shadow Counsel to Defendant

CERTIFICATE OF SERVICE

___X___ I hereby certify that on May 13, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

        Frederick A. Battista, Esq.
        Peter S. Sexton, Esq.
        James R. Knapp, Esq.
        Assistant U.S. Attorneys

___X___ I hereby certify that on May 13, 2013, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

        NONE

        S/ Philip A. Seplow

## DECLARATION OF DANIEL M. COLMERAUER

I, Daniel M. Colmerauer, under penalty of perjury, hereby state as follows:

1.   I am legal assistant to Philip A. Seplow, shadow counsel to Daniel David Rigmaiden in case number CR 08-814-PHX-DGC.

2.   On May 7, 2013, pursuant to the "prison mailbox rule" I was provided by Mr. Rigmaiden his Clarification of Defendant's Answer in Response to Court's Question Asked at March 28, 2013, Hearing with instructions to file it immediately.

3.   I chose not to file it on May 7 but waited until May 13, 2013, to file the document.

DATED THIS 13th day of May, 2013.

Daniel M. Colmerauer