1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant

6

7               **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF ARIZONA**

9

10  United States of America,              No. CR08-814-PHX-DGC

11          Plaintiff,                     CERTIFICATE RE: TRANSCRIPTS FOR
                                           INTERLOCUTORY APPEAL FROM
12  v.                                     PORTION OF COURT'S ORDER (Dkt.
                                           #1009) DENYING Dkt. #847 AND Dkt.
13  Daniel David Rigmaiden, et al.,        #927

14          Defendant.                     [**F.R.A.P. 10(b)(1)**]

15

16          Defendant, Daniel David Rigmaiden, appearing *pro se*, hereby submits this certificate

17  pursuant to F.R.A.P. 10(b)(1) in reference to his interlocutory appeal from the portion of the

18  district court's May 8, 2013 order at Dkt. #1009 denying the defendant's motions at Dkt.

19  #847 and #927.

20          The transcripts relevant to the district court's order and the issues raised in the

21  defendant's interlocutory appeal are **(1)** the transcript for the **March 28, 2013 Motion**

22  **Hearing**, and **(2)** the partial transcript for the **September 22, 2011 Motion Hearing**.  The

23  transcripts have already been ordered, prepared, and provided to the parties.  *See* Dkt. #989,

24  #1004 and #637, #703.  Therefore, no additional transcript orders are necessary considering

25  the copies that are on the record, or in the possession of the district court reporter, can be

26  prepared and provided to the Ninth Circuit clerk by the district court clerk and/or reporter.

27  *See* F.R.A.P. 11 *et seq*.

28                                    * * * * *

This certificate was drafted by the *pro se* defendant, however, he authorizes his shadow counsel, Philip Seplow, to sign and file this certificate on his behalf using the ECF system.

DANIEL DAVID RIGMAIDEN,  Pro Se
Defendant:

s/ Daniel Rigmaiden

Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

- 2 -

Respectfully Submitted:

PHILP SEPLOW, Shadow Counsel, on
behalf of DANIEL DAVID RIGMAIDEN,
Pro Se Defendant:

s/ Philip Seplow
Philip Seplow
Shadow Counsel for Defendant.

CERTIFICATE OF SERVICE

I hereby certify that on:        I caused the attached document to be
electronically transmitted to the Clerk's Office using the ECF system for filing and
transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))