UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>              Plaintiff,<br>  v.<br>Daniel David Rigmaiden,<br>              Defendant. | CR-08-814-001-PHX-DGC<br><br>**ORDER CONTINUING<br>STATUS HEARING** |

Upon motion of the United States, good cause appearing and there being no objection by defendant,

IT IS ORDERED granting the government's motion to continue the Status Hearing in this case, currently set for Friday, May 17, 2013, until June 6, 2013 , at 4: 00 p.m.

DATED this 16th day of May, 2013.

_____
David G. Campbell
United States District Judge