UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>   v.<br><br>Daniel David Rigmaiden,<br><br>             Defendant. | CR-08-814-001-PHX-DGC<br><br>**ORDER FOR ENLARGEMENT OF TIME** |

Upon motion of the United States, good cause appearing as stated in the government's motion, and there being no objection by defendant Daniel David Rigmaiden,

IT IS ORDERED granting the United States' Motion for Enlargement of Time to respond to the following motions filed by the defendant: (1) Motion to Dismiss for (1) Government's Prejudicial Extrajudicial Press Comments Severe Enough to Impeach Claimed Indifference of Jurors, and/or (2) Various Government Misconduct (Docket No. 1000); Supplement to Motion to Dismiss for (1) Government's Prejudicial Extrajudicial Press Comments Severe Enough to Impeach Claimed Indifference of Jurors, and/or (2) Various Government Misconduct (Docket No. 1005); (3) First Supplement to Motion for Order Requiring Government to Comply With Data Deletion Requirements of N.D. Cal. 08-70460-HRL/PVT, 08-70503-PVT, and 08-70502-PVT Warrants (Docket No. 1013); and Motion to Dismiss Count 72, Unauthorized Access of a Computer With Intent to Defraud, 18 U.S.C. § 1030(a)(4) for Failure to State an Offense (Docket No. 1016), until _____, 20\_\_\_\_.

1  Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on
2  _____, 20____, for a total of _____ days.
3  DATED this _____ day of _____, 20___.