**Philip A. Seplow, Esq.**
Attorney #004859
2000 North 7th Street
Phoenix, AZ  85006
(602) 254-8817


**Shadow Counsel for Defendant**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | Case No. CR 08-0814-PHX-DGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF RE-LODGING PROPOSED |
| vs. | ) | DOCUMENT 934-1 |
| | ) | |
| Daniel David Rigmaiden, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      COMES NOW the Defendant, Daniel David Rigmaiden, by and through his undersigned shadow counsel, and gives notice of re-lodging document number 934-1.  The Clerk's office telephoned undersigned counsel's office and explained that document 934-1 as originally lodged could not be filed as proposed (with red-lining).  Thus, Defendant is re-lodging a revised (without redlining) document 934-1 here.

      RESPECTFULLY SUBMITTED this 22nd day of May, 2013.

                      PHILIP A. SEPLOW, ESQ.


                      By: s/Philip A. Seplow
                          Philip A. Seplow, Esq.
                          Attorney for Defendant

1

CERTIFICATE OF SERVICE

\_\_X\_\_   I hereby certify that on May 22, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Frederick Battista, Esq.
> Assistant United States Attorney

\_\_X\_\_  I hereby certify that on May 22, 2013, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

> Daniel Rigmaiden
> Reg# 10966111
> CCA
> P O Box 6300
> Florence AZ  85132-6300
> Defendant *pro se*

                                        S/ Philip A. Seplow

2