# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR08-0814-01-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Daniel David Rigmaiden (1), | |
| Defendant. | |

Defendant has filed an amended motion for reconsideration. Doc. 1033. The government shall file a response by June 7, 2013. No reply shall be filed unless requested by the Court.

Dated this 28th day of May, 2013.

David G. Campbell
United States District Judge