1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant

6

7                    **UNITED STATES DISTRICT COURT**

8                          **DISTRICT OF ARIZONA**

9

10 United States of America,            No. CR08-814-PHX-DGC

11     Plaintiff,                       SUBMISSION OF TECHNICAL
                                        DECLARATION REPORT RE: THE
12 v.                                   INDEPENDENT OPERATIONS OF THE
                                        FBI'S CELL SITE EMULATORS, ETC.
13 Daniel David Rigmaiden,              USED TO LOCATE THE AIRCARD

14     Defendant.

15

16     Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits his expert

17 report RE: *The independent operations of the FBI's cell site emulators, etc. used to locate the*

18 *UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC*

19 *(D.Ariz.)*.  The defendant is submitting the attached expert report in support of **(1)** *Motion To*

20 *Suppress* (Dkt. #824-1), **(2)** *Motion For Reconsideration Of Portions Of Court's Order At*

21 *Dkt. #1009 RE: Fourth Amendment Suppression Issues* (Dkt. #1033), **(3)** *Motion For*

22 *Reconsideration Of Portions Of Court's Order At Dkt. #723 RE: Discovery Of StingRay And*

23 *KingFish Evidence* (Dkt. #1037), and **(4)** *Motion Requesting Evidentiary Hearing To Settle*

24 *Contested Issues Of Fact RE: Motions For Reconsideration Of Motion To Suppress And*

25 *Motion For Discovery* (Dkt. #1038).

26                                  * * * * *

27     This submission and attachment were drafted and prepared by the *pro se* defendant,[1]

28 ─────────────────────────────────
   1.     This filing is being submitted under the protections of *Simmons*.  See <u>Simmons v.</u>

                                    - 1 -

1  however, he authorizes his shadow counsel, Philip Seplow, to file this submission and
2  attachment on his behalf using the ECF system.
3       It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a
4  result of this submission.
5  ///
6  ///
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26
27  United States, 390 U.S. 377, 394 (1968) (Holding that "when a defendant testifies in support of a motion to suppress evidence on Fourth Amendment grounds, his testimony may not thereafter be admitted against him at trial on the issue of guilt unless he makes no
28  objection."). The defendant objects to the government attempting to introduce this filing as evidence at trial.

*SUBMISSION OF TECHNICAL DECLARATION REPORT RE: THE INDEPENDENT OPERATIONS OF THE FBI'S CELL SITE EMULATORS, ETC. USED TO LOCATE THE AIRCARD*
*CR08-814-PHX-DGC*

Respectfully Submitted:

                    PHILIP SEPLOW, Shadow Counsel, on behalf of DANIEL DAVID RIGMAIDEN, Pro Se Defendant:

                    s/ Philip Seplow
                    Philip Seplow
                    Shadow Counsel for Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on:                 I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; *See* ECF Proc. I(D) and II(D)(3))