JOHN S. LEONARDO
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Daniel David Rigmaiden,<br><br>　　　　Defendant. | CR-08-814-001-PHX-DGC<br><br>**MOTION TO CONTINUE STATUS HEARING** |

　　　The United States, by and through its attorneys undersigned, respectfully requests that this Honorable Court enter an order continuing the Status Hearing in this case, currently set for Thursday, June 6, 2013, for a period of at least 21 days for the following reason. The parties are continuing to actively communicate about the matters the Court wishes to address at the status conference and wish additional time in order to be better prepared to advise Court about the setting of further deadlines and a trial date in this case. Defendant DANIEL DAVID RIGMAIDEN has no objection to this motion.

　　　It is expected that excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

Respectfully submitted this 5th day of June, 2013.

JOHN S. LEONARDO
United States Attorney
District of Arizona

S/Frederick Battista

FREDERICK A. BATTISTA
PETER S. SEXTON
JAMES R. KNAPP
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2013, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

S/Frederick A. Battista

FREDERICK A. BATTISTA
Assistant U.S. Attorney

2