# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Daniel David Rigmaiden,<br><br>　　　　　Defendant. | CR-08-814-001-PHX-DGC<br><br>**ORDER CONTINUING<br>STATUS HEARING** |

Upon motion of the United States, good cause appearing and there being no objection by defendant,

IT IS ORDERED granting the government's motion to continue the Status Hearing in this case, currently set for Thursday, June 6, 2013, until _____, at _____.

Excludable delay under 18 U.S.C. § 3161(h)\_\_\_\_\_ is found to commence on _____, 20\_\_\_\_, for a total of _____ days.

DATED this \_\_\_\_\_ day of _____, 20\_\_\_\_.

　　　　　　　　　　　　　　　　　　　　　　DAVID G. CAMPBELL
　　　　　　　　　　　　　　　　　　　　　　United States District Judge