1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

9
10

United States of America,

Plaintiff,

CR-08-814-001-PHX-DGC

11

v.

**ORDER CONTINUING
STATUS HEARING**

12

Daniel David Rigmaiden,

13

Defendant.

14
15

        Upon motion of the United States, good cause appearing and there being no objection by

16

defendant,

17

        IT IS ORDERED granting the government's motion to continue the Status Hearing in this

18

case, currently set for Thursday, June 6, 2013, until _____, at _____.

19

        Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on

20

_____, 20____, for a total of _____ days.

21

        DATED this _____ day of _____, 20____.

22
23
24

_____
DAVID G. CAMPBELL
United States District Judge

25
26
27
28