JOHN S. LEONARDO
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>        v.<br><br>Daniel David Rigmaiden,<br><br>        Defendant. | No. CR-08-0814-001-PHX-DGC<br><br>Memorandum Re: Defendant's First Supplement to Motion For Order Requiring Government to Comply With Data Deletion Requirements of N.D.Cal. 08-70460-HRL/PVT, 08-70503-PVT and 08-70502-PVT Warrants |

       The United States, through undersigned counsel, hereby notes that the Court previously granted the United States' request to extend time to file a response (CR 1029) to defendant's First Supplement to Motion For Order Requiring Government to Comply With Data Deletion Requirements of N.D.Cal. 08-70460-HRL/PVT, 08-70503-PVT and 08-70502-PVT Warrants until this date (CR 1013). The Court originally permitted defendant to file the supplement in its Order addressing defendant's collective motions to suppress and related motions (CR 1009, Order at 49.) The United States will not respond to the supplement except to state that it continues to rely on its original responses to the defendant's original motions, particularly the Government's Response to Defendant's Motion to Suppress. (CR 873)

Respectfully submitted this 7th day of June, 2013.

JOHN S. LEONARDO
United States Attorney
District of Arizona

S/Frederick A. Battista
FREDERICK A. BATTISTA

JAMES R. KNAPP
PETER S. SEXTON
Assistant U.S. Attorneys

**Certificate of Service**

I hereby certify that on June 7, 2013, I caused the attached document and exhibits to be filed via electronic transmission to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Phil Seplow
Shadow Counsel for Defendant

On June 7, 2013, copy of the attached document will also be mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

S/Frederick A. Battista
FREDERICK A. BATTISTA
Assistant U.S. Attorney