```
Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Defendant
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden, et al.,<br><br>    Defendant. | No. CR08-814-PHX-DGC<br><br>MOTION TO STRIKE Dkt. #1031 AND #1032 FOR IMPROPER FILING OPTION AND ALTERED DOCUMENT FILED AGAINST DEFENDANT'S INSTRUCTIONS |

Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits *Motion To Strike Dkt. #1031 And #1032 For Improper Filing Option And Altered Document Filed Against Defendant's Instructions*.

On November 21, 2012, the defendant filed *Motion For Leave To Amend Dkt. #867 First Supplement To Motion To Suppress RE: Search And Seizure Of Digital Evidence Under N.D.Cal. Warrants Or, In The Alternative, To Dismiss The Case With Prejudice* (Dkt. #934), with an attached proposed *Second Supplement To Motion To Suppress RE: Search And Seizure Of Digital Evidence Under N.D.Cal. Warrants* (Dkt. #934-1).  The proposed supplement was filed pursuant to LRCiv. 15.1 with planned omissions designated by stricken text and planed additions designated by red text.  The Court granted the defendant's motion for leave on May 8, 2013 via Dkt. #1009.  Pursuant to LRCiv. 15.1, the defendant was required to convert the proposed document into an actual document and "file and serve the amended pleading on all parties... within fourteen (14) days of the filing of the order granting

leave to amend, unless the Court orders otherwise." *Id*. On May 22, 2013, *i.e.*, within 14 days, the defendant provided his shadow counsel's office with the required converted document to be filed. The defendant instructed that the document simply be filed "as is" considering the Court already granted the defendant's motion for leave.

Rather than file the document as instructed, shadow counsel's office filed a new motion for leave and then re-lodged the amended document as a new proposed motion. Shadow counsel's office also made additional alterations to the defendant's filing against the defendant's long standing instruction to not alter his documents before submitting them to the Court.

Therefore, the defendant is re-filing his *Second Supplement To Motion To Suppress RE: Search And Seizure Of Digital Evidence Under N.D.Cal. Warrants*, as required by LRCiv. 15.1 and the Court's May 8, 2013 order granting the defendant's motion for leave at Dkt. #847.

In light of the above, the defendant requests that the Court strike Dkt. #1031 and #1032 as the form of filing is incorrect, unauthorized by the defendant, and the document at Dkt. #1032 was altered by shadow counsel's office prior to filing and against the defendant's long standing instruction.

* * * * *

Based on the points and authorities set forth herein, the defendant respectfully requests that this motion be granted.

This motion and all attachments were drafted by the *pro se* defendant, however, he authorizes his shadow counsel, Philip Seplow, to file this motion and all attachments on his behalf using the ECF system.

LRCrim 12.2(a) requires that the undersigned include the following statement in all motions: "Excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion or of an order based thereon."

///
///

Respectfully Submitted:

                                    PHILIP SEPLOW, Shadow Counsel, on behalf of DANIEL DAVID RIGMAIDEN, Pro Se Defendant:

                                    s/ Philip Seplow
                                    Philip Seplow
                                    Shadow Counsel for Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on:                   I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; *See* ECF Proc. I(D) and II(D)(3))