**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| United States of America, | No. CR08-814-PHX-DGC |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO STRIKE Dkt. #1031 AND #1032 FOR IMPROPER FILING OPTION AND ALTERED DOCUMENT FILED AGAINST DEFENDANT'S INSTRUCTIONS |
| v. | |
| Daniel David Rigmaiden, et al., | |
| Defendant. | |

This matter is before the Court pursuant to the defendant's *Motion To Strike Dkt. #1031 And #1032 For Improper Filing Option And Altered Document Filed Against Defendant's Instructions*.

The Court will grant the defendant's motion considering (1) shadow counsel's office made unauthorized alterations to the defendant's converted document (originally at Dkt. #934-1), which was filed at Dkt. #1032 by shadow counsel's office, (2) shadow counsel's office refiled the converted document incorrectly (*see* Dkt. #1031 and #1032), and (3) the defendant is now refiling the non-shadow-counsel-altered form of the converted document in the correct manner pursuant to LRCiv. 15.1 and the Court's May 8, 2013 order (Dkt. #1009), which already granted the defendant's original motion for leave to amend/correct at Dkt. #934.

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on the _____ day of _____, 20_____, for a total of _____ days.

- 1 -

1
2       DATED this ____ day of _____, 20____.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -