UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

               Plaintiff,

     v.

Daniel David Rigmaiden,

               Defendant.

CR-08-814-001-PHX-DGC

**ORDER CONTINUING
STATUS HEARING**

     Upon motion of the United States, good cause appearing and there being no objection by defendant,

     IT IS ORDERED granting the government's motion to continue the Status Hearing in this case, currently set for Thursday, June 20, 2013, until _____, at _____.

     Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on _____, 20____, for a total of _____ days.

     DATED this _____ day of _____, 20____.


_____
DAVID G. CAMPBELL
United States District Judge