UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Daniel David Rigmaiden,<br><br>　　　　Defendant. | CR-08-814-001-PHX-DGC<br><br>**ORDER FOR ENLARGEMENT OF TIME** |

Upon motion of the United States, good cause appearing as stated in the government's motion, and there being no objection by defendant Daniel David Rigmaiden,

IT IS ORDERED granting the United States' Motion for Enlargement of Time to respond to the following motions filed by the defendant: (1) Motion to Dismiss for (1) Government's Prejudicial Extrajudicial Press Comments Severe Enough to Impeach Claimed Indifference of Jurors, and/or (2) Various Government Misconduct (Docket No. 1000); (2) Supplement to Motion to Dismiss for (1) Government's Prejudicial Extrajudicial Press Comments Severe Enough to Impeach Claimed Indifference of Jurors, and/or (2) Various Government Misconduct (Docket No. 1005); (3) Motion to Dismiss Count 72, Unauthorized Access of a Computer With Intent to Defraud, 18 U.S.C. § 1030(a)(4) for Failure to State an Offense (Docket No. 1016); (4) Second Supplement to Motion to Suppress Re: Search and Seizure of Digital Evidence Under N.D.Cal. Warrants (Docket No. 1032); (5) Motion for Reconsideration of Portions of Court's Order at Dkt. #723 Re Discovery of Stingray and Kingfish Evidence (Docket No. 1037); and (6)

1  Motion for Evidentiary Hearing to Settle Contested Issues of Fact Re; Motion of Motion to
2  Suppress and Motion for Discovery (Docket No. 1038), until _____,
3  20____.
4         Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on
5  _____, 20____, for a total of _____ days.
6         DATED this _____ day of _____, 20___.

2