UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>   v.<br><br>Daniel David Rigmaiden,<br><br>         Defendant. | CR-08-814-001-PHX-DGC<br><br>**ORDER CONTINUING STATUS HEARING** |

Upon motion of the United States, good cause appearing and there being no objection by defendant,

IT IS ORDERED granting the government's motion to continue the Status Hearing in this case, currently set for Thursday, June 20, 2013, until July 26, 2013, at 3:00 p.m.

Excludable delay under 18 U.S.C. § 3161(h) from June 18, 2013 to June 19, 2013.

DATED this 19th day of June, 2013.

*[signature: Daniel G. Campbell]*

David G. Campbell
United States District Judge

cc: Rigmaiden