Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden,<br><br>    Defendant. | No. CR08-814-PHX-DGC<br><br>SUBMISSION OF COMPUTER FORENSIC SOFTWARE USER MANUALS |

Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits for the record the following computer forensic software user manuals: **(1)** EnCase Forensic v7 Essentials Training OnDemand – v7.04.01i (06.06.2012),[1] **(2)** AccessData Forensic Toolkit User Guide (Sept. 25, 2012),[2] and **(3)** AccessData FTK Imager User Guide (Mar. 21, 2012).[3]

The defendant is submitting the attached user manuals in support of **(1)** *Motion For Reconsideration Of Portions Of Court's Order At Dkt. #1009 RE: Fourth Amendment Suppression Issues* (Dkt. #1033), **(2)** *Motion For Reconsideration Of Portions Of Court's Order At Dkt. #723 RE: Discovery Of StingRay And KingFish Evidence* (Dkt. #1037), **(3)** *Motion Requesting Evidentiary Hearing To Settle Contested Issues Of Fact RE: Motions For*

---

1.    *See* ATTACHMENT 01 (part 1 of 3), ATTACHMENT 02 (part 2 of 3), and ATTACHMENT 03 (part 3 of 3).
2.    *See* ATTACHMENT 04.
3.    *See* ATTACHMENT 05.

- 1 -

1  *Reconsideration Of Motion To Suppress And Motion For Discovery* (Dkt. #1038), **(4)** *Second Supplement To Motion To Suppress RE: Search And Seizure Of Digital Evidence Under N.D.Cal. Warrants* (Dkt. #1058), and **(5)** *Motion To Suppress* (Dkt. #824-1).

The defendant quoted from the above user manuals in various filings but cited to http://www.accessdata.com and http://www.guidancesoftware.com for the sources of the manuals.  The defendant also quoted from the above user manuals during oral arguments relating to Dkt. #1058, *etc.* on March 28, 2013.  The defendant is placing the above user manuals on the record so that they will be available in the event they cannot be located on the noted websites sometime in the future.

\* \* \* \* \*

This submission was drafted and prepared by the *pro se* defendant,[4] however, he authorizes his shadow counsel, Philip Seplow, to file this submission and attachments on his behalf using the ECF system.

It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a result of this submission.

///
///
///
///
///
///
///
///
///

---

4. This filing is being submitted under the protections of *Simmons*.  *See* Simmons v. United States, 390 U.S. 377, 394 (1968) (Holding that "when a defendant testifies in support of a motion to suppress evidence on Fourth Amendment grounds, his testimony may not thereafter be admitted against him at trial on the issue of guilt unless he makes no objection.").  The defendant objects to the government attempting to introduce this filing as evidence at trial.

*SUBMISSION OF COMPUTER FORENSIC SOFTWARE USER MANUALS*
*CR08-814-PHX-DGC*

Respectfully Submitted:

                            PHILIP SEPLOW, Shadow Counsel, on behalf of DANIEL DAVID RIGMAIDEN, Pro Se Defendant:

                            s/ Philip Seplow
                            Philip Seplow
                            Shadow Counsel for Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on: _____ I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; *See* ECF Proc. I(D) and II(D)(3))

*SUBMISSION OF COMPUTER FORENSIC SOFTWARE USER MANUALS*
*CR08-814-PHX-DGC*