*ATTACHED ATTACHMENTS*
*SUBMISSION OF COMPUTER FORENSIC SOFTWARE USER MANUALS*
*CR08-814-PHX-DGC*

↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓

EnCase Forensic v7 Essentials Training OnDemand – v7.04.01i (06.06.2012), **part 2 of 3**; Note: manual broken up into three parts in order to keep attachments under 10mb for PACER.

Click the **Process** check box for the TDurden evidence file to enable the Evidence Processor Task list.



*Figure 5-14  Enable the Evidence Processor*

A major benefit of the Evidence Processor is that its settings do not require your interaction during operation.

Functions with the lock cannot be changed or disabled.  Functions with the red flag cannot be run at a future time on the evidence if they are not selected initially.

The following evidence processing functions are available:

- **Recover folders** – Recover files that have been deleted or corrupted on FAT and NTFS volumes

- **File signature analysis** – Determine if the extension of a file has been altered and whether or not the extension matches the file type as specified by the file's header

- **Protected file analysis** – Identify encrypted and password-protected files with the Passware Encryption Analyzer

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

- **Thumbnail creation** – Creates image thumbnails for faster display in the EnCase® GUI

- **Hash analysis** – Generate MD5 and/or SHA1 hash values for files and compare against your case Hash Library

- **Expand compound files** – Expand compound and compressed files, such as ZIP, RAR, GZ, and Windows registry archives

- **Find email** – Extract individual messages from e-mail archive files, such as PST (Microsoft® Outlook), NSF (Lotus® Notes), DBX (Microsoft® Outlook Express), EDB (Microsoft® Exchange), AOL, and MBOX.

- **Find internet artifacts** – Collect Internet-related artifacts, such as browser histories and cached web pages.  You also have the option to search unallocated space for the Internet artifacts.

- **Search for keywords** – Search raw (not transcript) text for specific keywords.

- **Index text and metadata** – Create an index for when you need to search for keywords in compound files (Microsoft Office 2007 and 2010) and across large amounts of data.  You can adjust the parameters for index creation, such as the minimum word length to index and whether to use a noise file (which does not index specific and common words).

The Evidence Processor contains numerous useful features:

- The simultaneous processing of multiple devices

- The convenience of acquiring devices right from the Evidence Processor

- Saving sets of Evidence Processor options as templates to be run with little or no modification at a later date

- The ability to be run from the command line

- On-screen instructions that guide you through the use of each setting

- Automatic processing of the results from any EnScript modules according to the current processor settings (Index, Keyword search, etc.)

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

# EVIDENCE PROCESSING TASKS

Use the Evidence Processor pane to select the processing tasks to configure and run.

To select an option, click its **Enable** checkbox:

- If a task name is listed in a *blue* font, click on its task name to configure it

- If a task name is listed in a *black* font, no further configuration is necessary



**Figure 5-15  Evidence Processor tasks**

# RECOVER FOLDERS

Running the Recover Folders task on FAT partitions will search through the unallocated clusters of a specific FAT partition for the "dot, double-dot" signature of a deleted folder. When the signature matches, EnCase v7 can rebuild files and folders that were within the deleted folder.

This task can recover NTFS files and folders from unallocated clusters and continue to parse through the current Master File Table (MFT) records for files without parent folders. This operation is particularly useful when a drive has been reformatted or the MFT is corrupted. Recovered files are placed in the gray Recovered Folders virtual folder in the root of the NTFS partition.

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

# FILE SIGNATURE ANALYSIS

A common technique used to hide data and disguise the true nature of a file is to rename the file and change its extension; for example, renaming an image file with a .jpg extension to a file with a .dll extension, which is not associated with a graphics file.

This process will determine whether the extension of a file has been modified and whether it matches the type of file that is specified by the file's header bytes. The process is not user-configurable and is always enabled because it is necessary to support other operations within EnCase v7.

# PROTECTED FILE ANALYSIS

Encrypted and password-protected files are frequently good ways to hide data. The Evidence Processor's protected file analysis process uses the Passware Encryption Analyzer (http://www.lostpassword.com/encryption-analyzer.htm) to identify these types of files and information about the application used to protect them.

Starting with Passware 11.7, you can export the index and known passwords as a dictionary used for decrypting protected files. Using this feature requires a valid installation of the Passware Kit.

# THUMBNAIL CREATION

By default, the Evidence Processor generates thumbnails for all image files and stores them as part of the cache.

Because thumbnails are smaller and load faster, generating thumbnails significantly improves the speed with which you can work with pictures in EnCase v7.

# HASH ANALYSIS

A hash is a digital fingerprint of a file or collection of data, commonly represented as a string of binary data written in hexadecimal notation. In EnCase v7, it is the result of a hash function run against any mounted drive, partition, file, or chunk of data. The most common uses for hashes are to:

- Identify when a chunk of data changes, which frequently indicates evidence tampering

- Verify that data has not changed in which case the hash should be the same both before and after the verification

- Compare a hash value against a library of known good and bad hashes, seeking a match

The Evidence Processor's hash analysis setting allows you to create MD5 and SHA-1 hash values for files, so that you can later use them for the reasons specified previously. When you click the **Hash Analysis** hyperlinked name, the Edit Settings dialog appears, allowing you to check whether to run either or both of these hashing algorithms.

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

# EXPAND COMPOUND FILES

Use this setting to expand archive files, including .zip and .rar files, and/or registry archives.

For archive files, EnCase v7 will extract the compressed or archived files and process them, according to the other Evidence Processor settings that you have chosen. This includes nested archive files or zip files within a zip file.

# FIND E-MAIL

Select this setting to extract individual messages from e-mail archives.

To select the e-mail archive types to search for messages:

1. Click **Find Email**

2. Click the e-mail archive file types whose messages you want to examine and click **OK**

3. Check the **Search for Additional Lost or Deleted Items** box for a search for deleted e-mails

After processing is completed, EnCase v7 can analyze the component files extracted from the archives, according to the other Evidence Processor settings you selected.

## Thread E-mail

By default, the Evidence Processor performs a thread analysis on e-mail messages that it processes.

Once your evidence has been processed, you can track the different e-mail threads and communication patterns among senders and receivers of the messages with the **Show conversation** and **Show related messages** e-mail features.

# FIND INTERNET ARTIFACTS

Choose this Evidence Processor setting to find Internet-related artifacts, such as browser histories and cached web pages. You can also use this setting to search for Internet artifacts of various types within unallocated space.

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

## SEARCH FOR KEYWORDS

Use this option to run a raw keyword search during the processing. Once you enable **Search for Keywords** by checking its box, the keyword list for the current case is displayed in the right panel.

**NOTE**:   For faster results, it is recommended that the Raw Keyword search function outside the Evidence Processor be used.  However the search function is provided to allow more automated processing before analysis.



*Figure 5-16  Raw text search with keywords*

To edit the keyword settings, click **Search for keywords**. The Edit keyword list dialog appears.



*Figure 5-17  Edit keywords dialog*

In the dialog, use the checkboxes and toolbar items to:

- Add a keywords list to a file

- Add new keywords

- Edit keywords

- Delete keywords

- Specify where and how to search

- Change the layout of the keyword table

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

## New Keyword

To add a new keyword, click **New** in the Edit keyword dialog. The New Keyword dialog appears.



**Figure 5-18  New Keyword dialog**

1. **Search Expression** – Enter your search expression in this box. It may be a simple keyword, phrase, or a GREP expression.

2. If you intend to search for keywords using a different character set, you may need to change the code page. In that case, click the **Code Page** tab, scroll through the list, and check the code page **Name** you want.

3. **Name** – Although not required, you may enter a descriptive name that will help you remember what the search expression is intended to search for. This is very useful with GREP search expressions and foreign language searches.

4. **Case Sensitive** – EnCase v7 will locate the keyword regardless of the individual characters' case unless this box is checked. If checked, EnCase v7 will only locate the keyword if the case sensitivity is the same as the search expression entered.

5. **GREP** – The GREP option must be selected when utilizing GREP search characters.  GREP is used to narrow the search, limit false-positive search hits, and in those cases where only certain portions of the keyword being sought are known.

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

6. **ANSI Latin 1** – This default option will search for characters contained within the ANSI Latin-1 code page, which is the default code page for the Microsoft Windows operating system. In earlier versions of EnCase® software, this option was called "Active Code Page." Since the active code page varied according to the active code page enabled on your computer, this option was replaced by ANSI Latin-1 to ensure consistent results.

7. **Unicode** – Unicode was developed in direct response to foreign language character sets. Most MS Office products use Unicode as does Windows 2000, XP, Vista, and 7.  Enabling both ANSI Latin-1 and Unicode options will locate both ASCII and Unicode characters. However selecting the Unicode option alone (without the ANSI Latin-1 option or appropriate code page selected) will find data stored in Unicode only.  For more details on Unicode, please see http://www.unicode.org.



*Figure 5-19  Example of plain text*



*Figure 5-20  Example of Unicode*

8. **Unicode Big-Endian** – Non-Intel based data formatting scheme that stores multiple-byte numerical values with the most significant byte values first, which is the reverse of little Endian.

9. **UTF-8** – UTF stands for Universal Character Set Transformation Format. Applications have several options for how they encode Unicode. The most common encoding is UTF-8, which is the 8-bit form of Unicode. This option offers foreign language support.

10. **UTF-7** – UTF-7 is a special format that encodes Unicode characters within US-ASCII in a way that all mail systems can accommodate.

11. **Whole Word** – EnCase v7will locate the keyword as a whole word not within a larger word (i.e., Chris not Christopher)

When finished, click **OK** to save the keyword in your case.

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

## Other Keyword Search Options

- **Search entry slack** – This option tells EnCase v7 to search the slack area, which exists between the end of the logical data to the end of the physical file for all items searched.

- **Use initialized size** – This option tells EnCase v7 to search only the initialized size of an entry as opposed to the logical or physical size. When a file is opened on the NTFS file system, if the initialized size is smaller than the logical size, the space after the initialized size is zeroed out. Searching the initialized size searches only data a user would see within a file.

- **Undelete entries before searching** – This option will logically "undelete" deleted files prior to searching. If a file is deleted, EnCase v7 and other tools can determine if the assigned starting cluster is not currently assigned to another file (if it is assigned, then the file is deemed deleted/overwritten). The unallocated clusters after the starting cluster may or may not belong to the deleted file. Choosing this option assumes that the unallocated clusters after the starting cluster do belong to the deleted file. This is the same assumption made when copying out a deleted file. Choosing this option will find a keyword fragmented between the starting cluster and the subsequent unallocated cluster. If determining the presence of a keyword on the media is critical to an investigation, you should also search for portions of the keyword, including utilizing GREP search expressions for fragments of the keyword.

- **Search only slack area of entries in Hash Library** – This option is used in conjunction with a hash analysis. If a file is identified from the hash library, then it will not be searched. However the slack area behind the file (as described previously) will be searched. If this option is turned off, EnCase v7 will ignore the hash analysis.



**Figure 5-21  Search options**

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

# ADDITIONAL METHODS FOR ENTERING KEYWORDS

## Add Keyword List

To add a list of keywords, as opposed to adding one keyword at a time, select **Add Keyword List**. Keyword lists can be entered from the keyboard or pasted from a text document with one search expression and a line return per line. Options can be selected for all keywords and modified later if needed.

Example keywords include:

- Fälschung
- Policemen
- Invoice
- Fälschungen
- account



***Figure 5-22  Add Keyword List screen***

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

You can edit individual keywords to add code pages.



**Figure 5-23  Code Pages**

When completed with the keyword editing, click **OK**.



**Figure 5-24  Current keyword options**

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

# INDEX TEXT AND METADATA

Choose this selection to create a searchable index of the data in the case. Creating an index will allow you to instantly search for terms in a variety of ways. You can adjust parameters for index creation, such as the minimum word length to index or whether to use a *noise file* (a file containing specific words to ignore).

Compared to keyword searches that search on the raw text, index searches will search on the transcript output of the file, which is critical for Microsoft Office 2007 and 2010 files.

Generating an index can take time, however, the trade-off in time spent creating the index yields a greater payoff with near instantaneous search times. Guidance Software, Inc. recommends always indexing your case data.

EnCase supports indexing text in slack bytes and unallocated space. As you select options for indexing within the Evidence Processor, you can choose to include text identified in file slack and unallocated space, defined below. This increases the total time for indexing text, but you could find the value of the indexed text to be worth the investment of time and resources.

- **File slack** – The area between the end of a file and the end of the last cluster or sector used by that file.

- **Unallocated space** – The sectors that are not associated with an allocated file—the free space of a disk or volume.



***Figure 5-25  Index text and metadata***

Unallocated space consists of either unwritten-to sectors or previously written-to sectors that no longer have historical attribution data associated with them. All these sectors are aggregated into Unallocated Clusters. Unallocated Clusters are then divided into multiple sections, and these sections are indexed with shared metadata. If a word at the end of one section of text spans to another section of text, that word is skipped and not included in the indexed sections of text.

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

The Evidence Processor uses identification processes to identify and differentiate ASCII, UTF-8/16/32 encodings as well as a number of East Asian and western codepages. The Evidence Processor uses built-in intelligence to index any text residing in slack and unallocated space.

**NOTE**:   Indexing with East Asian script support is recommended, especially when Index Slack and Unallocated is enabled. The additional processing enabled by this option prevents meaningless strings that are otherwise identified as Unicode strings with Asian characters from being added to the index.

Sectors that are not assigned to any partition scheme fall under Unused Disk Area. The Evidence Processor handles these sectors and Unallocated Clusters similarly.

The following procedure provides the steps for including slack bytes and unallocated space when indexing text.

After you have selected the evidence you want to acquire and process with the Evidence Processor, select the Index text checkbox and click **Index text**. The Edit Settings dialog displays.

1. If you want to use a noise file, specify or browse to the filepath of your noise file

2. Set the minimum word length (1-128 characters) for indexed text

3. Select the checkbox for index slack and unallocated

4. If you want to index only the slack area of either known items or all items in the hash library, select the corresponding checkbox

5. To index using East Asian script support, select the corresponding checkbox

6. Click **OK**

## Personal Information

- **Credit Cards** – Search document, database, and Internet files as categorized by the EnCase® File Types for the following credit card number formats: Visa, MasterCard, American Express, and Discover

  o Utilizes credit-card industry algorithms to validate the credit card number with about 90% accuracy

- **Phone Numbers** – Search document, database, and Internet files as categorized by the EnCase File Types for phone numbers with and/or without the area code

- **Email** – Search document, database, and Internet files as categorized by the EnCase File Types for e-mail addresses

- **Social Security Numbers** – Search document, database, and Internet files as categorized by the EnCase File Types for nine-digit United States Social Security numbers

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

## MODULES

The Evidence Processor has the ability to run add-in modules during processing. Some modules will ship as part of EnCase v7 and you can add your own modules as well. Click on the **Modules** folder to open it and access additional evidence processing features.

You should select the modules that are relevant to your case. The modules will add additional time to your processing, depending on the size of the evidence and the type of module selected as well as the module settings. Searching the unallocated clusters for evidence fragments, for example, will increase the processing time.

NOTE:    *As best practice, you should not enable all modules by default. We will outline the essential function of each module.*

Click on the hyperlinked name of the module to configure the settings.



*Figure 5-26  Evidence Processor Modules*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

- **System Info Parser** – Report on the core system information for Linux and Windows, including:

  o   Startup routine (Linux only)

  o   User activity (Linux only)

  o   Operating system

  o   Hardware

  o   Software

  o   Accounts/users

  o   Network information

  o   Shared/mapped drives

  o   USB Devices

  o   Network Shares

  o   Advanced : Windows Registry

    –   Time zone setting

    –   Auto start

    –   Hardware

    –   User activity

    –   User defined keys

    –   Networking and other autorun

      ▪   When you select the **System Info** option in the Evidence Processor, you can search **NetShare** and **USB** registry information in the Records tab. You can see the UNC path visit history, the history of connected devices, and you can correlate USB devices to their drive letters.

- **IM Parser** – Search for Instant Messenger artifacts from MSN®, Yahoo®, and AOL Instant Messenger clients. These artifacts include messages and buddy-list contents. It also allows you to select where to search from several general location categories.

  o   All or selected files, and/or Unallocated Clusters

- **File Carver** – Search evidence for file fragments based on a specific set of parameters, such as known file size and file

  o   The EnCase File Carver function automatically checks file headers for file length information and uses the actual number of bytes carved, by default. This produces more accurate carved files. When there is no file length information in the header, the footer or the default length is used. This additional parsing is not user configurable.

  o   Search all or selected files, file slack, and/or unallocated clusters for deleted or embedded files by header

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

- o  Over 300 file types are supported for carving, including carving HTML files and webmail by keywords

- o  Running the File Carver in Evidence Processor gives you three options; you can select from either the full file types table, from the optimized file types table, or from both. Optimized file types include:

  - –  Compound document file

  - –  Outlook personal folder

  - –  Audio Video Interleave

  - –  Flash video files

  - –  Enhanced Metafile Graphic

  - –  Microsoft bitmap format

- o  When the File Carver finishes, you can see the files carved and optionally export the files for review.

- **Windows Event Log Parser** – Locate and parse Windows Event Logs

  - o  Parse EVT and EVTX files, including filtering by type of event

- **Windows Artifact Parser** – Report on Windows artifacts, including

  - o  Link files

  - o  Recycle Bin files

  - o  MFT (NTFS Master File Table) transactions

  - o  All or selected files, and/or unallocated clusters

- **Unix Login** – Search UNIX log files for specific events

- **Linux Syslog Parser** – Search Linux syslog files for specific events

- **Snapshot** – (Live preview of devices only) – Running processes, open ports, logged on users, etc.

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

For now, select **System Info Parser** and **Windows Artifacts Parser**.



*Figure 5-27  EnCase Evidence Processor*

After finishing the EnCase Evidence Processor configuration, click **OK**.  The time acquired to complete the processing depends on the size of evidence and the processing options selected.  More processing power, RAM, disk I/O, etc., will affect the speed.

**NOTE:**  With the options selected in the example, it will take several hours to fully process the evidence dependent upon your machine's processor, RAM, hard drives, etc.  However you can continue to browse, examine, and bookmark the evidence as you would with prior versions of EnCase.

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

You will see the Evidence Processor running in the lower right corner and you can continue your analysis of the evidence when it processes.



*Figure 5-28  EnCase Evidence Processor running*

As the modules are processed, you will see the status change.



*Figure 5-29  EnCase Evidence Processor running – Modules*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

# PROCESSING A LIVE DEVICE

The EnCase Evidence Processor also can process live devices. This allows you to bypass acquiring evidence before and directly process the evidence. All options are available for all processing except for Index text. The following procedure provides the steps for processing devices from a device preview.

From the Home tab of an open case, click **Add Evidence**. The Add Evidence screen displays.

Click **Add Local Device...** or **Add Crossover Preview...** The Add Device dialog displays.



*Figure 5-30  Add live device*

1. Select the checkboxes of the devices you want to add to the preview and click **Finish**

   • The Evidence tab displays with a preview of the chosen devices

2. In the Evidence tab, click **Process Evidence**

   • The Evidence Processor dialog displays.

3. Under Process, select the checkboxes for the live devices you want to process

4. Review and, if necessary, modify the current processing options

5. Click **OK**

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

# EVIDENCE PROCESSOR THREADING MODEL

The EnCase Evidence Processor has improved threading capabilities.  Please see the diagram for more detail.



*Figure 5-31  EnCase Evidence Processor threading model*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*



*Figure 5-32  EnCase Evidence Processor – evidence cache and index*



*Figure 5-33  Evidence Cache folder structure*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

# *Notes*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

## *Notes*

Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.

## Notes

Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.

# Viewing Index and Search Results

EnCase® v7 provides core enhancements to searching, such as:

- The ability to search across multiple types of data, including files, e-mail, and Internet history, as well as view the results on a single screen

- A powerful index search capability

- The ability to search based on user-customized tags

## SEARCH TYPES

There are three principal methods of searching through evidence in EnCase v7:

- **Index searches** – Evidence data is indexed through the EnCase® Evidence Processor prior to searching

- **Raw searches** – Searches based on non-indexed, raw data

- **Tag searches** – Searches based on user-defined tags

## INDEX SEARCHES

Using the Evidence Processor, you create an index, a list of words from the contents of a device. The index entries contain pointers to the occurrences of the specific word on the device.

There are two steps to using indexes:

- Generating an index (covered in the previous *Processing Evidence Files* lesson)

- Searching an index

Generating an index creates index files associated with devices. Creating an index can be time consuming, depending on the amount of evidence you are indexing as well as the capabilities of your computer hardware. Evidence file size, and thus the resultant index size, is an important consideration when building an index. Attempts to index extremely large evidence files can tax a computer's resources.

*Copyright © 2011 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

You generate a search index early in the EnCase v7 workflow sequence as follows:

- Make sure that your case contains the device you want to index

- As you may recall from a prior lesson, click **Process Evidence** from the Evidence menu

    o The Evidence Processor displays; this dialog contains the selection for indexing text

- Follow the instructions detailed in the Processing Evidence Files lesson

During the creation of an index, the transcript text of the file is extracted using Outside In technology, and then the text is broken into words that are added to the index. Unlike raw keyword searches, indexing is done against the transcript content of the file so that text contained in compound files, such as Microsoft Office 2007 and 2010 files, can be properly identified. Although EnCase v7 does not create a transcript of slack space and unallocated space, they are processed and broken into words in the best manner possible so that EnCase v7 can find hits in those areas also.

Index searching (queries) allows you to rapidly search for terms in the generated index and it is the recommended type of search in EnCase v7.

## CREATING A SEARCH QUERY

Once your case has been indexed, keyword searched, tagged, or any combination of the three, you can then search for desired information.  To create a unified search do the following:

1.  Go to the **Home** screen and click the **Search** button.



*Figure 6-1  New Search…*

2.  In the Index window, enter the keyword(s) to query the Index, such as "Tyler."

3.  A dynamic list is displayed on the right side of the window, showing the terms in the index and the number of occurrence of a term.  This is extremely helpful when crafting a query so that you can immediately see if the term exists in the index.

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

4.  EnCase v7 will show you all words in the index that start with the term that you have typed and will dynamically update the list as you type additional letters. At any time you can double-click on a query term and it will show the show the information about that term

5.  Click on the **Play** button to run the query.



*Figure 6-2  New Search interface*

For examples of index query options, see the *Appendix A – Index Queries* at the end of this manual.

EnCase v7 will run the query display the results in the Table Pane of the Search view.

You can review the file entries that contain the search term; for example, the webpage `search[1].htm` displays as follows.

The Index query hits are displayed in yellow in the Transcript tab of the View Pane.  Use the **Next Hit** button to view the search hit in a large file.

**NOTE:**  Raw Keyword search hits can be viewed in the Text tab.



**Figure 6-3   Search result**

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

## SAVE THE SEARCH RESULTS

You can save the results of the search for future quick access in the **Results** view.

Click on the **Searches** drop-down menu and select **Save As...**



*Figure 6-4  Save Search Result*

The default location is the Search folder under your case.



*Figure 6-5  Saving search result*

When appropriate, you can switch over to the **Results** tab to view the saved results.



*Figure 6-6  Results tab*

The saved search is available for analysis.



*Figure 6-7  Results tab – saved search*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

## CONTINUE THE INVESTIGATION

Returning to the Search view, you can switch over to the **Doc** view to see the webpage in HTML.



***Figure 6-8  Doc view***

To see the file in the context of the evidence, click on **Go to file**.



***Figure 6-9  Go to file***

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

You will be taken to the Entries view of the Search Results tab to analyze the evidence in context.



**Figure 6-10  File in context of entries**

You can bookmark the evidence from either the Search, Results or the Evidence view.



**Figure 6-11  Bookmark in Results view**

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

You can add a comment to the bookmarked evidence and have the ability to use previous comments to save time.



*Figure 6-12  Bookmark comments*

Choose the folder in the case template to add the evidence or create a new folder.  It will default to the last-selected folder to save time, so you don't have to select the destination folder for each bookmark.



*Figure 6-13  Bookmark Destination Folder*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

Use the **Back** button to return to the Search Results view of the query results.



*Figure 6-14  Back to Search Results query*

## FIND RELATED

New to EnCase v7 is the **Find related** button, allowing you to find related files and folders by name or by time.

In this instance, in the Results view you found a link file called "Nasty.lnk," showing that the user knew the folder or file was on the computer system and made an affirmative act by manually opening the folder or file. This would be a good artifact to bookmark and investigative lead to follow.



*Figure 6-15  Bookmark the evidence*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

Click on **Find related by name....**



**Figure 6-16  Find related by name...**

The name will appear in a new Index query. Click on the hyperlink below the Index window to see the results in the Table Pane.



**Figure 6-17  Index query**

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

Shorten the text query to "Nasty" to see additional related items of evidence.  Click on the hyperlink to see the results in the Table Pane.



***Figure 6-18  Query for "Nasty"***

When you find a file you wish to investigate further, use the **Go to file** button to view it in the context of the Evidence folder structure.



***Figure 6-19  Go to file***

In this case, the file was located because it is in the folder called "Nasty."  As you can see, the index allows searching on both file content and metadata.

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

If the file is a picture, you can use the Picture view in the View Pane to show the image.



**Figure 6-20  Gallery view**

You can look at the **Permissions** tab to see that tyler.durden has access permission for the file.



**Figure 6-21  File permissions**

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

And then you may wish to add the evidence to your report template with a bookmark on all of the files.



*Figure 6-22  Bookmarking selected files*

**NOTE**:   If you bookmark several files, you are not able to add a Bookmark comment.  If wish to add a comment, then bookmark a Single File.



*Figure 6-23  Bookmark Destination Folder*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

# VIEWING KEYWORD SEARCH RESULTS

Once your case has been keyword searched for raw text, you can then search for desired information.

1.  Click the **Search** button on the Home page



*Figure 6-24  Search view*

2.  Click on the **Keywords** button to view the search results.



*Figure 6-25  Keywords*

3.  Click on the hyperlink for the desired keyword to display the results in the Table Pane

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

You can review the file entries that contain the search term; for example, the document called "Fälschungen.doc" displays as is shown in the following screenshot. "Fälschungen" means "counterfeiting" in German.

Use the **Next Hit** button to view the search hit in a large file.



**Figure 6-26  Search result**

To see the file in the context of the evidence, click on **Go to file**.



**Figure 6-27  Go to file**

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

You will be taken to the Entries view of the Search tab to analyze the evidence in context.



**Figure 6-28  File in context of entries**

Use the **Back** button to return to the Search view.



**Figure 6-29  Back to Search query**

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

# RAW SEARCHES

Although index searching is the recommended type of search, there may be times when you want to perform a search across the raw contents of a device. In those cases, you can perform a keyword or non-indexed search on your case data. Because keyword searching only searches the raw binary form of a file, some content may not be discovered if it is compressed or obfuscated.

To perform a raw keyword search on your data, make sure that your case contains the device that you want to search.

For information, see the **Search for Keywords** option of the Evidence Processor. In addition to keyword searching using the Evidence Processor, you can also initiate a raw keyword search of one or more devices from the **Evidence** tab. To initiate a search in this manner, follow these steps:

1. Navigate to the **Evidence** tab and then to the top level of the tab (using the **View** drop-down menu on the tab toolbar)

2. Select the device or devices that you wish to search using the checkboxes on the left side of the table

3. Select **Raw Search All** from the tab toolbar



***Figure 6-30  New Keyword Search All Entries…***

4. Select a previously run search or create a new search

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

5.  Add the keywords and options that you wish to use just like in the Evidence Processor and select **OK**



**Figure 6-31  Edit Keywords dialog**

## Case and Evidence Keywords

Keyword searches that are *not* initiated from the Evidence Processor are stored with the case and are case specific.

Keyword searches that are conducted with the Evidence Processor are stored with the device's cache files and can be used with any number of cases.

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

# TAG SEARCHES

EnCase v7 also provides the capability to search for instances of a particular tag that you have created. Suppose you create a collection of three tags associated with pieces of evidence, one of which is named "Submit to National Child Victim Identification Program."

You can search through your evidence for all instances of that tag and the result set that displays will consist only of evidence with that tag.

You can also tag files in this view. For more information, see Lesson 9, *Bookmarking and Tagging Your Findings.*



**Figure 6-32  Tag Searches**

# SEARCH SUMMARY

To see a description of all active search criteria click the **Summary** tab.



**Figure 6-33  Search Summary**

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

## *Notes*

|  |
|--|
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

## *Notes*

Lesson 7

# Processed Evidence Results

## FILE TYPES

When an evidence file is opened in EnCase® v7, the file system contained on the device is parsed and displayed for browsing in the Evidence→Viewing (Entry) tab.  Files may be navigated and viewed in the table area of the **Table Pane**.  EnCase v7 displays files, folders, and other objects on the media, including those that are deleted or overwritten, by maintaining invalid starting cluster addresses as well as other attributes or characteristics.

The **Description** column provides information regarding the object's attributes, status (allocated or deleted), and other details dependent upon what the entry represents.

To remove unnecessary complexity in EnCase v7, the **File Types**, **File Viewers**, and **File Signatures** tables in previous versions of EnCase® software are now contained in one location, the **File Types** view.

Click on the **View** menu and select **File Types**.



**Figure 7-1  File Types and Entry Description column**

---

*Copyright © 2011 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

# FILE SIGNATURES

As stated previously, the File Signatures table has been incorporated into **File Types** in EnCase v7.

There are thousands of file types. Some file types have been standardized.  The International Standards Organization (ISO) and the International Telecommunications Union, Telecommunication Standardization Sector (ITU-T) are working to standardize different types of electronic data.  Typical graphical images, such as the JPEG (Joint Photographic Experts Group), have been standardized by both of these organizations. When file types become standardized, a signature or header that programs can recognize usually precedes the data.

File headers are the first few bytes of a file and are associated with specific file extensions.

File extensions are the three or four characters that follow the last dot in a filename.  They reveal the type of data that the file represents.  If one were to see a .TXT extension, a data type of text would be expected.  Many programs rely specifically on the extension to reflect the proper data type.  Windows, for example, associates file types with applications programs by use of file extensions.

Some users have been known to change file extensions to hide the true nature of the files.  A JPEG (image file) that has an incorrect extension, such as .DLL, will not be recognized by most programs as a picture.



**Figure 7-2  File Types**

Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.

By default EnCase v7 displays graphic files, such as that mentioned in the previous example, in the Gallery view based on their extensions.  By running the file signature analysis process, EnCase v7 compares the file's signature with the extension of the file, and then compares both with the File Types table to determine if the file extension has been changed.  This process is essential to properly identify and classify files on a subject's hard drive.

**File Types** table contains the following information about each type of file:

- **Name (required)** – Name of the file type

- **Extensions (Extensions or Header required)** – Extension(s) of the file type

- **Category (required)** – The category of the file (used for the Entry Description)

- **Viewer (required)** – The default viewer if the file is opened from EnCase v7

- **Header Signature (Extensions or Header required)** – Header associated with the file type; may be a keyword string or GREP expression

- **Header GREP** – True or false for correct searching/analysis

- **Header Case Sensitive** – True or false for correct searching/analysis

- **Footer Signature** – If available; used for file carving

- **Footer GREP** – True or false for correct searching/analysis

- **Footer Case Sensitive** – True or false for correct searching/analysis

- **Unique Tag** – Allows filtering for the file type tag (signature) with a unique tag name for the file type

- **Default Length** – 0 unless changed by user

- **User Defined** – If you edit or create a new a file type, it will be marked *True* as user defined (this will prevent it from being overwritten when an update is released by Guidance Software)

- **Disabled** – Check the box to disable the File Type for file signature analysis

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

Before a File Signature Analysis is run with the Evidence Processor, the Evidence tab Entry columns will display the following:

- **Signature Analysis**
  - o  Blank
- **File Type**
  - o  Blank



*Figure 7-3  Before file Signature Analysis*

You can also run the File Signature and Hash Analysis independent of the Evidence Processor. Select the desired files and choose the **Entries** drop-down menu.  Select **Hash\Sig Selected...**



*Figure 7-4  Hash\Sig Selected Files*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

Select the options for hashing and file signatures and click **OK**.



*Figure 7-5  Hash\Sig Selected Options*

After Signature Analysis, the columns will display the results of the analysis:

- **Signature Analysis**
  - o Displays the results of a Signature Analysis
    - **Match**
      - ▪ Signature matches a File Type Header and the Extension is included in the extensions for that File Type
      - ▪ Signature does not match any File Type Header, but there is a File Type that matches the extension
      - ▪ A .txt file with data at the beginning of the file not defined as a header within the File Signatures table is identified as a Match
    - **Alias**
      - ▪ Signature matches a File Type Search Expression Header, but the extension is not included in the extensions for that File Type
    - **Bad Signature**
      - ▪ Signature does not match any File Type Header, but there is a matching File Type Extension
    - **Unknown**
      - ▪ Signature does not match any File Type Header and there is no matching File Type Extension
- **File Type** (formerly Signature)
  - o If Signature Analysis records a Match or Alias, EnCase v7 will display the File Type property of the File Type associated with the Signature Analysis

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

Now that the columns are aligned, start examining the file signatures.  Use the **Set Included Folders** option to display all entries in the Table view. Sort the columns in the following order:

- First level – Signature Analysis

- Second level – File Type

- Third level – Name

The arrows on each column heading should appear as they are displayed in the following screenshot.

**NOTE**:   Shift-double-click to enable secondary sorts.



*Figure 7-6  After File Signature Analysis*

To examine the signatures, scroll up or down while viewing the Signature column.

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

You can bookmark discovered evidence items.  Blue-check the entries, right-click, and choose **Bookmark→Selected Items...** You can also use the **Bookmark** drop-down on the menu bar.



**Figure 7-7  Bookmark→Selected Items...**

Choose the appropriate Destination Folder in the Report template.



**Figure 7-8  Destination Folder**

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

You can also activate the File Type Tag column to aid in your investigation.  This will show you the Unique Tag for the File Type validated in the File Signature Analysis.



***Figure 7-9  File Type Tag***

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

Processed Evidence Results                                                               177

# ADDING / EDITING A FILE TYPE

It is likely you will need to edit something within the File Types table or you may need to create a new entry within the table. The following example shows you how to edit an entry in the table. You would use the same steps in adding a new entry.

Edit a signature by selecting directly within the appropriate row and clicking **Edit**. Click on the **New** button above the File Types table to add a new entry.



*Figure 7-10  Editing a File Type*

# PROCESSED EVIDENCE

The processed evidence will be found under the **Records** view.



*Figure 7-11  Records view*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

# COMPOUND (COMPRESSED ARCHIVE) FILES

In EnCase® v6, mounted compound (compressed archive) files were held in memory, so you could have access to all the data in the case at once.  However when you tried to mount numerous large archive files, you would run into system limitations.  This would also cause the case file to open very slowly as the archive files were mounted into RAM.

In EnCase v7 you are able to view all available archives found and processed in the EnCase® Evidence Processor.  As a reminder, we selected the **Expand compound files** task with the **Archives** as a file type.



*Figure 7-12  Evidence Processor – Expand compound files*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

The processed compound files are in the **Records** view, where you can browse individual files under the **Archive** folder.



*Figure 7-13  Records view*

The way to search and view data across multiple archives is through a Search using an Index query and viewed through the **Search** tab.



*Figure 7-14  Records view – Archive folder*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

The compressed files are displayed under the **Archive** folder where they can be sorted and browsed for an examination.  Click on the blue hyperlinked name of the archive to open it for review.



*Figure 7-15  Archive folder*

You can open the compound file and view the contents.  In this case, it is a steganography program, which you may wish to Bookmark as relevant evidence.



*Figure 7-16  Browsing Archive file*

Use the **Back** button to return to the **Record** view.

# INTERNET ARTIFACTS

To review the processed Internet artifacts, select the **Internet** folder in the Tree Pane and then the **Internet** hyperlink in the Table Pane.



*Figure 7-17  Accessing processed Internet artifacts*

The Internet browsers with discovered and processed artifacts will be displayed in folders, such **Internet Explorer** and **Mozilla** as shown in the following figure.  If applicable, those artifacts that are recovered and cannot be associated with a specific browser are placed in an **Unknown Browser** folder.



*Figure 7-18  Internet artifacts organized by browser*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

Currently, six browsers are supported. They are:

- Internet Explorer

- Macintosh Internet Explorer

- Safari

- Firefox

- Opera

- Chrome

**NOTE**:  The difference between a regular search for Internet artifacts and a search of Internet artifacts in the unallocated clusters, is that keywords are added internally and marked with a special tag indicating that it is for Internet history searching only.

## Internet Explorer 9 Support

EnCase supports Internet Explorer 9 bookmarks, parsing all Internet Explorer 9 artifacts, including:

- Bookmarks

- Cookies

- Downloads

- Keyword searches

- History

- Login data

- Cache

- Visited links

- Web data

This gives you the option to search allocated or unallocated files for these Internet Explorer 9 artifacts.  When processing is finished, you can also view and search inside Internet history items for these artifacts.

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

## Google Chrome Internet Artifacts

EnCase v7 includes support for parsing these Google Chrome Internet artifacts:

| Term | Definition |
|------|------------|
| History | A list of Web sites recently visited. This typically consists of Web sites, usage, and time related data. |
| Cookies | A list of recent authentication and session data for sites with persistent usage. This typically consists of Web site, expiration times, and site-specific cookie data. |
| Cache | A list of recently cached files. |
| Downloads | A list of recently downloaded files, typically consisting of Web sites, file names, location, size, and date. |
| Keyword Search | A list of recent keyword searches. This typically consists of search terms and the search result page. |
| Login Data | A list of login data. This typically consists of Web sites, username, password, and SSL information. |
| Top Sites | A list of top Web sites such as Web site information, rank, thumbnails, and redirect information. |

**NOTE:**   EnCase does not currently provide the ability to recover Google Chrome Internet artifacts from unallocated clusters.

## Firefox Artifacts

As an enhancement to the Search for Internet history function, EnCase parses Firefox artifacts stored in a SQLite database and displays them in the Records tab.

The types of Firefox 8 artifacts parsed are:

- Bookmarks

- Cookies

- Downloads

- Keyword Searches

- History

- Form Data

- Cache

- Visited Links

- Web Data

NOTE:   The Records tab of an Internet history search for Mozilla Firefox artifacts displays Frecency and Rev Host Name columns.

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

- "Frecency" is a valid word used by Mozilla. Do not mistake it for "frequency." For more information, see the Mozilla developer center article at *https://developer.mozilla.org/en/The_Places_frecency_algorithm*.

- The value displayed in the Frecency column is the score Mozilla gives to each URL. It includes how frequently a person visits the site and how recently the user visits the site. EnCase displays this value as it is stored in the places.sqlite file.

- Mozilla stores a URL's host name in reverse. EnCase displays it as such in the Rev Host Name column.

## Enhanced Firefox 10 and IE 9 Browsing History Support

EnCase now recovers more browsing history from Firefox 10 and Internet Explorer 9. This provides up to three weeks of browsing history and can result in recovering thousands of cookies, downloads, bookmarks, and website visits.  System time will not be changed to mimic the time span on the system being acquired to ensure valid data is recovered.

## ANALYZING THE INTERNET ARTIFACTS

The Internet artifacts are organized into categories.  You can bookmark the relevant evidence found to be included within the report.

- **Cookies** – Text file stored on a hard drive by the web browser; may be used for authentication, shopping, preferences, etc.

  **NOTE**:   You can sort on the Name column to make the examination more efficient.



*Figure 7-19  Internet cookies*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

- **Bookmarks** – Also known as "Favorites" or "Internet shortcuts"



*Figure 7-20  Bookmarks – Internet Shortcut*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

- **Cache** – Files are written to the hard drive to increase the in loading speed of frequently visited web pages

  - **Code** – Downloaded code from visited websites, including animated GIFs



***Figure 7-21  Internet Cache – Code***

o   **XML** – Extensible Markup Language pages visited by the browser



**Figure 7-22  Internet Cache – XML**

o   **HTML** – Hypertext Markup Language of visited web pages.  Best viewed in the
Doc view.  Placeholders for images are depicted by the box with the "X."

**Figure 7-23  Internet Cache – HTML**

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

o **Image** – Best viewed in the Gallery view for quick review. The Timeline view will assist with tracking user activity; the Table view contains the URL (Uniform Recourse Link) of the source website and date/time stamps, also available in the Report tab of the Review Pane.



*Figure 7-24  Internet Cache – Image →Gallery*

o **Text** – Text from visited web pages



*Figure 7-25  Internet Cache – Text*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

- **History** – Record of the browsing through the web browser

  o **Daily History** – URLs from browsing as stored in the Daily History record, including Windows Explorer browsing by the user



*Figure 7-26  Internet History – Daily History*

  o **Weekly History** – URLs from browsing as stored in the Daily History record



*Figure 7-27  Internet History – Weekly History*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

o   **Visited Link** – Website URL (Uniform Recourse Link) visited by browser



*Figure 7-28  Internet History – Visited Link*

o   **Typed URL** – URLs typed directly into the browser by the user as stored in the user's
    NTUSER.DAT registry type.  This is strong evidence of a deliberate act by the user.



*Figure 7-29  Internet History – Typed URL*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

- **Downloads (Mozilla)** – Files downloaded via the browser



*Figure 7-30  Internet artifacts – Downloads*

Use the **Back** button to return to the Records view



*Figure 7-31  Back to Records*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

# EVIDENCE PROCESSOR MODULES

The results of the Evidence Processor modules are also under the Records tab.  Select the **Evidence Processor Module Results**.

The results are divided into categories:

- **Entries** – Files and folders on the file system

- **Records** – Evidence extracted, such as registry entries, link files, etc.

Click on the hyperlinked name to examine the results.



*Figure 7-32  Evidence Processor Modules*

## Results – Modules

The results are organized according to the module name as shown in the following screenshot of a deleted image in the Recycle Bin.



*Figure 7-33  Windows Artifacts Parser*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

Click on the hyperlinked name to examine the multidimensional data, such as **V12.jpg**.

The parsed record is displayed and can be included in a report as a bookmark.



*Figure 7-34  Parsed Recycle Bin record*

Use the **Back** button to return to the Evidence Processor Module results.



*Figure 7-35  Back to Results*

The Windows Artifact Parser includes other artifacts, such as the Link Parser.

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

Click on the name to view the parsed link file.



**Figure 7-36  Link Parser**

You can bookmark relevant evidence, such as the user accessing the Nasty folder containing previously bookmarked evidence items.



**Figure 7-37  Bookmark comments**

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

Place the bookmark into the appropriate Destination Folder.

**Figure 7-38  Bookmark Destination Folder**

## CREATING A HASH SET

Hash sets (which contain the individual hash entries) are located within hash libraries. There are two steps to creating a hash set. The first step is to create an empty hash set within a library, and the second is to add information to it. To create a hash, you perform the following steps:

1.  Click **Tools→Manage Hash Library**



**Figure 7-39  Manage Hash Library…**

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

2.  Make sure that you either browse and point to an existing hash library or create a new one (this is the hash library to which you will add the hash set)

3.  On the Manage Hash Library panel toolbar, click **New Hash Set**



*Figure 7-40  New Hash Set*

4.  Enter a Hash Set Name and information for Hash Set Category and Hash Set Tags



*Figure 7-41  Enter specific set information*

5.  Click **OK** and click **OK** again when you are prompted to add the new hash set.

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

The new hash set is listed under **Existing Hash Sets** in the Manage Hash Library panel.



*Figure 7-42  Newly created hash set*

## ADDING HASH VALUES TO A HASH SET

Once you have created a hash set within a library, you can add information to it. The steps for adding hash values to a hash set are as follows:

1.  Add the device or evidence from which you want to generate a hash value to a case

2.  Hash the files on the device by using the hashing feature of the Evidence Processor

3.  Go to the table of evidence files or images whose hashes you want to add to the hash set

4.  On the **Evidence** tab under the **Entries** table, expand the **Entries** view

5.  In the **Table** tab, check those entries whose hash values you want to add to the hash set

6.  In the Tab toolbar, click the **Entries** drop-down menu (indicated by a red arrow), and select **Add to Hash Library...**

    *   The Add to Hash Library Panel displays

7.  Choose the Hash Library to which to add the hash items by using the **Hash Library Type** drop-down menu

    *   Select the **Primary** or **Secondary** hash library if they are defined or you can select **Other** and browse to a library

8.  Once you have selected a library, select one or more previously created hash sets from the **Existing Hash Sets** window

9.  On the Add to Hash Library panel Fields list, select the fields you want to add to the hash library for the selected items

    *   Some fields are added by default, however, you can add other optional fields, depending on your needs

    *   All fields that are added to the set will be reported when a hash comparison matches a particular hash set; the more fields that you add to a set, the larger the set becomes

10. Click **OK**

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

11. If the hash values were added to a library that was set as the Primary or Secondary hash library, you can check whether the item was successfully added to the hash set as follows:

   • On the Table tab, highlight the row containing the item

   • In the bottom pane, click **Hash Sets**; the hash set name, hash library, and other hashing information about the item should appear



*Figure 7-43  Hash set details displayed*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

## *Notes*

|  |
| --- |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

## *Notes*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

Lesson 8

# E-mail Results

E-mail is a key area for forensic investigation; it not only maintains a record of individual and corporate communications, but also contains date stamps, provides additional names or corporate entities, and may contain attachments.  All of which can add to an investigation and supply further leads.

When e-mail is viewed in a case, EnCase® v7 can search for specific kinds of mail and parse its contents for examination. EnCase v7 lets you view e-mail in a format that is similar to common e-mail programs (for example, the Microsoft Office Outlook client). The views are customizable (you can view the data in tree, table, or composite views), allowing you to see only the data you want in the format you find most convenient.

EnCase v7 also allows you to track e-mail threads. In most situations, thread tracking can span multiple e-mail repositories, simplifying investigations that were previously complex and time-consuming. You use the **Find related – Show conversation** (e-mail thread) and **Find related – Show related messages** to view e-mails across multiple repositories.

Before conducting your e-mail analysis, make sure that you have already processed your case data with the Evidence Processor **Find email** selection checked.



***Figure 8-1  Find e-mail***

*Copyright © 2011 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*

The processed e-mail will be found under the **Records** view.



*Figure 8-2  View➔Records*

A list of processed e-mail archives will be displayed under the Email folder.  To open an e-mail archive, click on the hyperlink of the name of the archive.



*Figure 8-3  Click on the e-mail name hyperlink "outlook.ost"*

*Copyright © 2012 Guidance Software, Inc. May not be copied or reproduced without the written permission of Guidance Software, Inc.*