**Philip A. Seplow, Esq.**
Attorney #004859
2000 North 7th Street
Phoenix, AZ  85006
(602) 254-8817

**Shadow Counsel for Defendant**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | Case No. CR 08-0814-PHX-DGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO CONTINUE TRIAL |
| vs. | ) | |
| | ) | (22nd Request) |
| Daniel David Rigmaiden, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Daniel David Rigmaiden, by and through his undersigned shadow counsel, and respectfully moves to continue the trial (22nd request) in this matter presently set for the 13th day of July, 2013, for a period of ninety (90) days and extend the deadline for pretrial motions an equal amount of time. The defendant also requests that the status conference set for August 29, 2013 be continued for forty-five (45) days from that date.

The parties are still conferring on the matters that the Court wishes to discuss at the next status conference. The parties are also attempting to resolve the seized data deletion issue. Additionally, the defendant is still waiting for his defense to begin interviewing trial witnesses from the defendant's list of names and explanations of relevance. Witnesses need to be interviewed before the defendant can prepare a firm trial defense.

1

1 | The government has no objection to this request.
2 |     For the reasons stated above, a continuance of at least
3 | ninety (90) days is requested.
4 |     Defendant also requests that the Court extend the
5 | deadline for filing pretrial motions an equivalent amount of time.
6 |     Failure to grant the requested continuance would deny
7 | the Defendant the reasonable time necessary for effective
8 | preparation, taking into account the exercise of due diligence (18
9 | U.S.C. § 3161(h)(8)(B)(iv)).  Further, excludable delay is
10 | necessitated due to the existence of novel questions of fact and
11 | law and additional time is necessary for adequate preparation for
12 | pretrial proceedings and for the trial itself (18 U.S.C. §
13 | 3161(h)(7)(B)(ii)).
14 |     This Motion is filed pursuant to Defendant's request and
15 | with his authorization.
16 |     Excludable delay under 18 U.S.C. § 3161(h)(7) will occur
17 | as a result of this Motion or from an Order based thereon.
18 |     RESPECTFULLY SUBMITTED this 8th day of June, 2012.
19 |     PHILIP A. SEPLOW, ESQ.

By: s/Philip A. Seplow
Philip A. Seplow, Esq.
Attorney for Defendant

CERTIFICATE OF SERVICE

__X__ I hereby certify that on August 12, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Frederick Battista, Esq.
Assistant United States Attorney

Attorneys for all codefendants of record

__X__ I hereby certify that on August 12, 2013, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

Daniel Rigmaiden
Reg# 10966111
CCA
P O Box 6300
Florence AZ  85132-6300
Defendant *pro se*

S/ Philip A. Seplow