IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br> vs.<br><br>Daniel David Rigmaiden,<br>_____ | Case No. CR 08-0814-PHX-DGC<br><br>O R D E R<br><br>(22nd Continuance) |

   This matter is before the Court pursuant to the defendant's Motion To Continue Trial (22nd request) requesting that the Court continue the trial ninety (90) days and vacate the April 23, 2013 status conference.

   There being good cause shown, the Court finds that failure to continue the proceedings in this case would deny the pro se defendant the reasonable time necessary for effective defense preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(7)(B)(iv)). Therefore, the ends of justice served by granting the defendant's continuance outweigh the best interests of the public and the defendant in a speedy trial.

   IT IS FURTHER ORDERED that the trial in the above captioned case be continued from August 13, 2013, to the _____ day of _____, 2013 at _____ _____M.

1     IT IS HEREBY ORDERED that the August 29, 2013, status
2 conference is continued to the _____ day of _____, 2013,
3 at _____ _____M.
4     IT IS FURTHER ORDERED extending the deadline for filing
5 pretrial motions to _____,2013.
6     The Court finds excludable delay under 18 U.S.C. §
7 3161(h) from _____ to _____.