**Philip A. Seplow, Esq.**
**Attorney #004859**
**2000 North 7th Street**
**Phoenix, AZ  85006**
**(602) 254-8817**

**Shadow Counsel for Defendant**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,   ) | Case No. CR 08-0814-PHX-DGC |
|               ) | |
|         Plaintiff,  ) | |
|               ) | MOTION TO VACATE AUGUST 29, 2013 |
|     vs.         ) | STATUS HEARING |
|               ) | |
| Daniel David Rigmaiden,  ) | |
|               ) | |
|         Defendant.  ) | |
| _____ ) | |

COMES NOW the Defendant, Daniel David Rigmaiden, by and through his undersigned shadow counsel, and respectfully moves to vacate the status hearing set for August 29, 2012, at 2:00 p.m. Trial has been continued and the Court has granted extensions of time for the government to respond to various documents and the parties feel that a status hearing at this time is unnecessary.

This Motion is filed pursuant to Defendant's request and with his authorization.

The government has no objection to this request.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Excludable delay under 18 U.S.C. § 3161(h)(7) is not expected to occur as a result of this Motion or from an Order based thereon.

RESPECTFULLY SUBMITTED this 23rd day of August, 2013.

PHILIP A. SEPLOW, ESQ.


By: s/Philip A. Seplow
Philip A. Seplow, Esq.
Attorney for Defendant


CERTIFICATE OF SERVICE

__X__ I hereby certify that on August 23, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Frederick Battista, Esq.
Assistant United States Attorney

Attorneys for all codefendants of record

__X__ I hereby certify that on August 23, 2013, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

Daniel Rigmaiden
Reg# 10966111
CCA
P O Box 6300
Florence AZ  85132-6300
Defendant *pro se*

S/ Philip A. Seplow