IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,   )    Case No. CR 08-0814-PHX-DGC
                            )
            Plaintiff,      )    O R D E R
                            )
        vs.                 )
                            )
Daniel David Rigmaiden,     )
                            )
_____ )

        This matter is before the Court pursuant to the
defendant's Motion to Vacate August 29, 2013
Status Hearing requesting that the Court vacate the August 28,
2013 status conference.
        IT IS HEREBY ORDERED that the August 29, 2013, status
conference is vacated
        The Court finds excludable delay under 18 U.S.C. §
3161(h) from _____ to _____.

1