1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                          DISTRICT OF ARIZONA

8   United States of America,   )    Case No. CR 08-0814-PHX-DGC
                                 )
9                   Plaintiff,   )
                                 )    O R D E R
10           vs.                 )
                                 )
11  Daniel David Rigmaiden,      )
                                 )
12  _____  )

13

14          This matter is before the Court pursuant to the

15  defendant's Motion to Vacate August 29, 2013

16  Status Hearing requesting that the Court vacate the August 28,

17  2013 status conference.

18          IT IS HEREBY ORDERED that the August 29, 2013, status

19  conference is vacated

20          The Court finds excludable delay under 18 U.S.C. §

21  3161(h) from August 23, 2013 to August 23, 2013.

22

23      DATED this 23rd day of August, 2013.

24

25

26      _____
                  David G. Campbell
27             United States District Judge

28


                               1