1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

9  In the Matter of Criminal Cases Set for          )
   Trial on November 12, 2013,                       )

10                                                     )          **ORDER**
                                                       )
11                                                     )
                                                       )
12  _____    )

      **TO COUNSEL: THE FOLLOWING CASES ARE SET FOR TRIAL ON**

13  **November 12, 2013:**

14          **CR 08-814 PHX Daniel Rigmaiden**

15          **CR 12-982 PHX Ambrosio Nunez-Lopez**

16          **CR 12-1716 PHX Gary Stephen Vogt**

17          **CR 13-221 PHX Alan Jeffrey Farber**

18          **CR 13-288 PHX Arturo Ventura Bandin**

19          **CR 13-546 PHX Randy Earl Wright**

20          **CR 13-717 PHX Jose Gonzalez-Martinez**

21          **CR 13-746 PHX Steve Serrano-Meza**

22          **CR 13-816 PHX Jose Molina-Ovilla**

23          **CR 13-818 PHX Jose Ramirez-Hernandez**

24          **CR 13-955 PHX Walfre Perez-Jovel**

25          **CR 13-957 PX Robert Griego**

26          **CR 13-1025 PHX Victor Payan-Beltran**

27          **CR 13-1033 PHX Ricardo Gonzalez-Rodriguez**

28

1    CR 13-1074 PHX Jose Zarate-Macias

2    CR 13-1240 PHX Alberto Santos-Noriega

3    CR 13-1293 PHX Francisco Meneses-Aguilar

4    CR 13-1321-2 PHX Jesus Macias-Maya

5    CR 13-1327 PHX Gustavo Pineda-Ayala

6    CR 13-1364 PHX Scott Rackley Jr.

7    CR 13-1372 PHX Luis Aragon-Robles

8    CR 12-8236 PCT Nelrick Tsinigine

9    CR 13-8015 PCT Ryen Heyde

10   CR 13-8041 PCT Lennie Benally

11   CR 13-8062 PCT Kaiser Chavez

12   CR 13-8063 PCT Arlin Carlton

13   CR 13-8120 PCT Ula Wathogoma

14   CR 13-8168 PCT Terrence Begaye

15   CR 13-8174 PCT Lennie Bailey

16   CR 13-8175-1 Devin Lopez

17   CR 13-8182 PCT Michael Kelly

18       In order to properly administer the calendar, a status conference is necessary.

19       **IT IS HEREBY ORDERED** that all counsel appear at a status conference on October 28,

20   2013, at 4:30 p.m.  Each of these cases affects the docketing of the other cases.  Therefore, no

21   counsel shall be excused until the proceedings are concluded.  No substitution of counsel will be

22   permitted.  Because this is a status conference, it will not be necessary for the Defendant(s) to

23   appear in person.

24       **IT IS FURTHER ORDERED** that three days prior to attending the status conference,

25   counsel must complete the following:

26       1.    Meet personally and agree:

27             a.    Whether the case will proceed to trial or be resolved by a plea.

28                                    2

1            b.        **Whether either party will seek a continuance.**

2            c.        **What motions, if any, can be resolved by stipulation of counsel.**

3            d.        **What disputed motions, if any, will be filed and need to be resolved.**

4            e.        **Whether either party has filed or anticipates filing <u>motions in limine.</u>**

5       2.      **File all 404(b) notices and LRCrim 16.1 notices.**

6       3.      **Resolve any discovery disputes.**

7            **The topics listed in paragraphs 1 - 3 will be discussed and disputed issues resolved at the**

8    **status conference.**

9            **If a change of plea for a Defendant has been scheduled or a Motion to Continue has been**

10   **<u>granted</u> before the status conference, the hearing for that Defendant will be vacated.**

11           **IT IS FURTHER ORDERED that you shall <u>e-mail</u>, <span style="color:red">*not telephone*</span>, the courtroom deputy at**

12   **<span style="color:blue">Traci_Abraham@azd.uscourts.gov</span> or view this Court's calendar on the internet at**

13   **<span style="color:blue">www.azd.uscourts.gov</span> to confirm that the status hearing has been vacated.**

14           **ALL STIPULATED MOTIONS TO CONTINUE MUST BE FILED <span style="color:red"><u>TWO BUSINESS</u></span>**

15   **<span style="color:red"><u>DAYS</u></span> PRIOR TO THE DATE SET FOR THE STATUS CONFERENCE. <span style="color:red"><u>THE ORDER TO</u></span>**

16   **<span style="color:red"><u>CONTINUE MUST INCLUDE LANGUAGE VACATING THE STATUS CONFERENCE</u></span>.**

17   **CHANGE OF PLEA REQUESTS MUST BE MADE NO LESS THAN ONE (1) BUSINESS DAY**

18   **PRIOR TO THE DATE SET FOR THE STATUS CONFERENCE.  In addition to e-filing the**

19   **Motion, counsel are also directed to e-mail the Motion(in .pdf format) and Proposed Form of**

20   **Order (in Word or Word Perfect 9.0 Format) in  <u>one e-mail</u> to chambers mailbox**

21   **<span style="color:blue">(campbell_chambers@azd.uscourts.gov).</span>**

22           **No excludable delay shall result from the entry of this Order.**

23   **DATED this 11th day of October, 2013.**

24

25

26

27   _____

28   David G. Campbell
     United States District Judge