1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant
6

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF ARIZONA

9

10 United States of America,          No. CR08-814-PHX-DGC

11         Plaintiff,                 SUBMISSION OF CONSOLIDATED
                                      EXHIBITS RELATING TO MOTION TO
12 v.                                 DISMISS FOR OUTRAGEOUS
                                      GOVERNMENT CONDUCT
13 Daniel David Rigmaiden,

14         Defendant.

15

16         Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits:

17 *Submission Of Consolidated Exhibits Relating To Motion To Dismiss For Outrageous*

18 *Government Conduct*.  Through this filing, the defendant is submitting 34 exhibits for the

19 record.  The attached exhibits relate to the defendant's *Motion To Dismiss For Outrageous*

20 *Government Conduct* and other related motions.

21         The defendant will be filing multiple documents that will refer to many of the same

22 exhibits.  LRCiv 7.1(d)(1), when referenced through LRCrim 12.1, prohibits the defendant

23 from attaching an exhibit to a filing that has already been attached to a previous filing.  *See*

24 *id*.  Pursuant to LRCiv 7.1(d)(2), when referenced through LRCrim 12.1, the defendant is

25 required to incorporate by reference any exhibit that is already on the record.  *See id*.  The

26 defendant is filing this submission in order to place numerous exhibits on the record in one

27 convenient filing.  Each exhibit attached to this submission is relevant to the defendant's

28 defense and will be incorporated into future filings by reference.

1   This submission was drafted and prepared by the *pro se* defendant, however, he
2  authorizes his shadow counsel, Philip Seplow, to file this submission on his behalf using the
3  ECF system.
4   It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a
5  result of this submission.
6  ///
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

*SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT CR08-814-PHX-DGC*

Respectfully Submitted:

            PHILIP SEPLOW, Shadow Counsel, on behalf of DANIEL DAVID RIGMAIDEN, Pro Se Defendant:

            s/ Philip Seplow
            Philip Seplow
            Shadow Counsel for Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on: _____ I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; *See* ECF Proc. I(D) and II(D)(3))

SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT
CR08-814-PHX-DGC