# United States v. Daniel David Rigmaiden
## CR08-814-PHX-DGC
### Exhibit Index
## Submission Of Consolidated Exhibits Relating To
## Motion To Dismiss For Outrageous Government Conduct

EXHIBIT 01:    June 2008 emails between Constance M. Davis (CI-FDC) and IRS-CI Michael P. Fleischmann; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (10/6/11 BATES Nos. 000911-000912 of October 6, 2011 discovery set).

EXHIBIT 02:    June 12, 2008 email from Constance M. Davis (CI-FDC) to William J Shaw (CI-FDC) *et al.*; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (10/6/11 BATES No. 000871 of October 6, 2011 discovery set).

EXHIBIT 03:    June 2008 emails between IRS-CI Michael P. Fleischmann and AUSA Frederick A. Battista; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (10/6/11 BATES Nos. 000945-000946 of October 6, 2011 discovery set).

EXHIBIT 04:    June 9, 2008 email from Constance M. Davis (CI-FDC) to Andy Chavez *et al.*; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (Item No. 1 of October 18, 2010 discovery set).

EXHIBIT 05:    Excerpt of IRS-CI Internal Memorandum – April 28, 2008; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (10/6/11 BATES Nos. 000057, 000058, and 000061-000064 of October 6, 2011 discovery set).

EXHIBIT 06:    June 17, 2008 email from Acting Undercover Programs Manager Ronald C. Krajewski to IRS-CI Agent Michael P. Fleischmann; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (10/6/11 BATES No. 000902 of October 6, 2011 discovery set).

EXHIBIT 07:    IRS-CI - Report of FedEx Kinkos Employee [KE#1] – 5/7/08; Note: Redactions were done by the government using black squares; Additional redactions done by the defense using white squares with black borders; (Item No. 10 of July 31, 2009 discovery set).

EXHIBIT 08:    Excerpt of transcript of March 27, 2008 telephone conversation the government alleges occurred between CI-1 and JP (aka "mala" and later "CI-2") before his arrest and agreement to become a confidential informant;  Note: Redactions were done by the government using black

EXHIBIT INDEX
SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO
MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT
CR08-814-PHX-DGC

maker; Additional redactions done by the defense using white squares with black borders; (2/19/2009 BATES Nos. 5121-5133, 5136-5137, 5139-5142 of February 20, 2009 discovery set).

EXHIBIT 09:   USPIS Memorandum of Interview, April 15, 2008; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (2/19/2009 BATES Nos. 5013-5017 of February 20, 2009 discovery set).

EXHIBIT 10:   IRS-CI - Report of FedEx Kinkos Employee [KE#2] – 5/7/08; Note: Redactions were done by the government using black squares; Additional redactions done by the defense using white squares with black borders; (Item No. 11 of July 31, 2009 discovery set).

EXHIBIT 11:   IRS-CI - Report of Interview of CI-2 – 4/16/08; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (Item No. 1 of September 2, 2009 discovery set).

EXHIBIT 12:   Email dated March 23, 2008; (Defendant's Copy 1764 of February 20, 2009 discovery set).

EXHIBIT 13:   Emails dated February 14, 2008 through February 22, 2008); Note: Redactions done by the defense using white squares with black borders; (Defendant's Copy 1736, 2185, 1738, and 2191 of February 20, 2009 discovery set).

EXHIBIT 14:   Emails dated February 12, 2008 through February 16, 2008; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (2/19/2009 BATES Nos. 5039, 5047, 5049, 5050, 5052, and 5053 of February 20, 2009 discovery set).

EXHIBIT 15:   Excerpt of transcript of March 7, 2008 telephone conversation the government alleges occurred between CI-1 and JP;  Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (2/19/2009 BATES Nos. 5085, 5086, 5091, 5096 of February 20, 2009 discovery set).

EXHIBIT 16:   Email dated October 7, 2007; Note: Redactions done by the defense using white squares with black borders; (Defendant's Copy 1696 of February 20, 2009 discovery set).

EXHIBIT 17:   IRS-CI - Report of Interview of CI-2 – 5/21/08; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (Item No. 4 of September 2, 2009 discovery set).

EXHIBIT 18:   Emails dated March 29, 2008 and April 8, 2008; Note: Redactions done by the defense using white squares with black borders; (Defendant's Copy 2233 and 2237 of February 20, 2009 discovery set).

EXHIBIT 19:    IRS-CI - Report of FedEx Kinkos Employee [KE#1] – 5/9/08; Note: Redactions were done by the government using black marker; Additional redactions done by the defense using white squares with black borders; (3/2/09 BATES Nos. 7172, 7175, and 7176 of March 2, 2009 discovery set).

EXHIBIT 20:    FBI Internal Documents – July 24, 2008; Note: Redactions were done by the government using black squares; Additional redactions done by the defense using white squares with black borders; (Item No. 3 of November 29, 2010 discovery set).

EXHIBIT 21:    Email dated March 26, 2008; Note: redactions done by the defense using white squares with black borders;  (Defendant's Copy 1768 of February 20, 2009 discovery set).

EXHIBIT 22:    Prints of files seized by the government from 1000220515_S1_TSB100G_2_DriveCrypt01-2\...\fakeid.tv\ web_site\news.html *and*  1000220515_S1_TSB100G_2_DriveCrypt01-2\...\fakeid.tv\web_site\header.txt.

EXHIBIT 23:    Excerpt of USPIS Summary Report – 03/26/2008, 04/01/2008, 04/11/2008, 04/23/2008, 5/08/2008 and 06/30/2008; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (Item No. 1 of September 8, 2010 discovery set).

EXHIBIT 24:    Excerpt of IRS-CI - Report of Interview of CI-1 – January 29, 2008; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (4/6/09 BATES Nos. 9872-9874 and 9876 of April 6, 2009 discovery set).

EXHIBIT 25:    FBI Internal Memorandum – May 5, 2008; Note: Text based redactions were done by the government; Additional redactions done by the defense using white squares with black borders; (Item No. 1 of November 29, 2010 discovery set; 3/2/09 BATES Nos. 6911-7171 of March 2, 2009 discovery set).

EXHIBIT 26:    Emails dated April 20, 2008, April 24, 2008, April 25, 2008, May 9, 2008, May 16, 2008, May 27, 2008, May 28, 2008; Note: redactions done by the defense using white squares with black borders; (Defendant's Copy 1779, 1782, 1783, 1794, 1798, 1804, and 1805 of February 20, 2009 discovery set).

EXHIBIT 27:    Emails dated August 29, 2007 and August 29, 2007; Note: Redactions done by the defense using white squares with black borders; (Defendant's Copy 1687 and 2079 of February 20, 2009 discovery set).

EXHIBIT 28:    FBI Internal Document Summaries – April 25, 2008 to September 21, 2009; Note: Text based redactions were done by the government; Additional redactions done by the defense using white squares with black

borders; (Item No. 4 of November 29, 2010 discovery set).

EXHIBIT 29:     Postal Inspection Service - Surveillance Memorandum; Note: Redactions were done by the government using black maker; (Item No. 9 of September 11, 2009 discovery set).

EXHIBIT 30:     FBI FD-302 form – May 8, 2008; (2/12/09 BATES Nos. 135-137 of February 17, 2009 discovery set).

EXHIBIT 31:     Emails dated January 31, 2008 to February 14, 2008; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (2/19/2009 BATES Nos. 5018, 5022-5024, 5037, 5038 of February 20, 2009 discovery set).

EXHIBIT 32:     Excerpt of IRS-CI Internal Memorandum – July 22, 2008; Note: Redactions were done by the government using black squares; Additional redactions done by the defense using white squares with black borders; (Item No. 4 of October 18, 2010 discovery set).

EXHIBIT 33:     June 2008 emails between IRS-CI Michael P. Fleischmann and Kinkos employee; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (10/6/11 BATES Nos. 000843, 000844, and 000847 of October 6, 2011 discovery set).

EXHIBIT 34:     Excerpt of CI-FDC Briefing – July 11, 2007; Note: Redactions were done by the defense using white squares with black borders; (4/29/11 BATES Nos. 000150-000154 of April 29, 2011 discovery set).

⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇

*ATTACHED EXHIBITS*
*SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO*
*MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT*
*CR08-814-PHX-DGC*

June 2008 emails between Constance M. Davis (CI-FDC) and IRS-CI Michael P. Fleischmann; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (10/6/11 BATES Nos. 000911-000912 of October 6, 2011 discovery set).

Not Relevant

**From:** Fleischmann Michael P
**Sent:** Wednesday, June 18, 2008 10:39 AM
**To:** Davis Constance M (CI-FDC)
**Cc:** Medrano Denise L
**Subject:** RE: Refunds going 6/20/2008 thru 7/4/2008 to date

Thanks.  Can you check on next week.  We need to have some go out next week.  I thought 14 were going this week and 19 next, but if we have 20 this week, we just need to make sure that we have 12-15 go next week...otherwise, he'll know something is up.

**From:** Davis Constance M (CI-FDC)
**Sent:** Wednesday, June 18, 2008 8:37 AM
**To:** Fleischmann Michael P
**Cc:** Chavez Andy (Andrea) (CI-FDC)
**Subject:** RE: Refunds going 6/20/2008 thru 7/4/2008 to date

Yes - Wait a few minutes

Last night I refiled some returns and I need to run another query to display what new returns have been refiled since yesterday.

*Constance M Davis*
*Investigative Analyst*
CI:FDC:MS9002AUSC
*Telephone:*
*FAX:*

**From:** Fleischmann Michael P
**Sent:** Wednesday, June 18, 2008 9:43 AM
**To:** Davis Constance M (CI-FDC)
**Subject:** RE: Refunds going 6/20/2008 thru 7/4/2008 to date

Is the highlighted what is going to go out this week?  I see 20 going out this week, but

03/02/2010

none for next week?  Is that correct?

Not Relevant

10/6/11 000912



**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**
**EXHIBIT 02**

*ATTACHED EXHIBITS*
*SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO*
*MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT*
*CR08-814-PHX-DGC*

June 12, 2008 email from Constance M. Davis (CI-FDC) to William J Shaw (CI-FDC) *et al.*; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (10/6/11 BATES No. 000871 of October 6, 2011 discovery set).

Not Relevant

**From:** Davis Constance M (CI-FDC)
**Sent:** Thursday, June 12, 2008 2:10 PM
**To:** Shaw William J (CI-FDC)
**Cc:** Chavez Andy (Andrea) (CI-FDC); Ramos Al G (CI-FDC); Medrano Denise L; Fleischmann Michael P
**Subject:** Returns refiled to release refunds - Bulk

I'm sending you this list if you need to check it with your list.

I have updated the "Remarks" section appropriately.

I refiled these 33 returns so the refunds would be released to the uc bank acct - as this would assist in the SI investigation.

Not Relevant

10/6/11 000871

*ATTACHED EXHIBITS*
*SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO*
*MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT*
*CR08-814-PHX-DGC*

⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇

June 2008 emails between IRS-CI Michael P. Fleischmann and AUSA Frederick A. Battista; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (10/6/11 BATES Nos. 000945-000946 of October 6, 2011 discovery set).

Not Relevant

----- Original Message -----
From: Fleischmann Michael P <Michael.Fleischmann@███████
To: Battista, Fred (USAAZ)
Cc: Medrano Denise L <Denise.Medrano@██████>; JLWilson@████
<JLWilson@████████>; Murray, Richard J.
Sent: Fri Jun 20 15:09:37 2008
Subject: RE: Subpoena

22 hit the account this week, as well as 2 stimulus checks ($600 each)

From: Battista, Fred (USAAZ) [mailto:Fred.Battista@usdoj.gov]
Sent: Friday, June 20, 2008 11:12 AM
To: Fleischmann Michael P
Subject: RE: Subpoena

Were you able to push more through?

6/20/08

From: Fleischmann Michael P [mailto:Michael.Fleischmann@██████
Sent: Monday, June 16, 2008 5:15 PM
To: Battista, Fred (USAAZ)
Cc: Davis Constance M (CI-FDC); Medrano Denise L

1

10/6/11 000945

Subject: RE: Subpoena

Expedited payments were supposed to happen last week (6/13/08).
From what I understood, we were supposed to have 14 refunds hit the account
last Friday. Unfortunately, we only had 3 refunds and a review of the
spreadsheet provided by our investigative analyst show that those payments
were supposed to hit the account on 6/6/08; however, they hit on 6/12/08 and
6/13/08. This makes me think that we will see 14 hit this Friday and 19 the
following Friday. I have a call into our investigative analyst, but I
believe the soonest that payments would appear would be this Friday. In
addition, we need to provide him with a list of payments that hit the
account tomorrow. Considering he has already said this account might be
flagged, I'm suggesting that we take some refunds that have been stopped and
would have hit on 5/30/08 and include those with the three that did hit.
Otherwise, he might think that all of his work has gone to waste. Either
way, he still wants the money that we do have.

Mike

prospedive
Investigation

From: Battista, Fred (USAAZ)
[mailto:Fred.Battista@usdoj.gov]
Sent: Monday, June 16, 2008 4:56 PM
To: Fleischmann Michael P
Subject: RE: Subpoena

From: Fleischmann Michael P
[mailto:Michael.Fleischmann@
Sent: Monday, June 16, 2008 1:15 PM
To: Battista, Fred (USAAZ)
Cc: Medrano Denise L
Subject: RE: Subpoena

Fred--

2



EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04
EXHIBIT 04

*ATTACHED EXHIBITS*
*SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO*
*MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT*
*CR08-814-PHX-DGC*

June 9, 2008 email from Constance M. Davis (CI-FDC) to Andy Chavez *et al.*; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (Item No. 1 of October 18, 2010 discovery set).

Not Relevant

**From:** Davis Constance M (CI-FDC)
**Sent:** Wednesday, July 09, 2008 10:43 AM
**To:** Chavez Andy (Andrea) (CI-FDC)
**Cc:** Gartman Madison L
**Subject:** FW: ⬛⬛⬛ Bulk RAC to contact KCSC
**Importance:** High

Andy,

I left a message on Madison's telephone stating that my scheme ⬛⬛⬛ was for the two (2) undercover bank accounts, and this was set up by the agent to assist with her investigation.

AUSC and FSC FDCs were so great at identifying fraud and stopping the refunds that this did not help the agent with following the money. I had to redisposition/refile returns so money would be released to these undercover bank accounts. FYI - I was give documentation from the agent to release the refunds and approval from management to refile the returns.

I'm forwarding Madison's comment for you to pass on to our Acting RAC, Linda Graziana.

*Constance M Davis*
*Investigative Analyst*
*CI:FDC:MS9002AUSC*
*Telephone* ▓▓▓▓▓▓▓
*FAX:* ▓▓▓▓▓▓

Not Relevant

09/22/2010

⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇

*ATTACHED EXHIBITS*
*SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO*
*MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT*
*CR08-814-PHX-DGC*

Excerpt of IRS-CI Internal Memorandum – April 28, 2008; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (10/6/11 BATES Nos. 000057, 000058, and 000061-000064 of October 6, 2011 discovery set).

**Fleischmann Michael P**

| | |
|---|---|
| **From:** | Medrano Denise L |
| **Sent:** | Monday, April 28, 2008 9:52 AM |
| **To:** | Fleischmann Michael P |
| **Subject:** | |
| **Attachments:** | |

*Internal Memorandum Re Prospective Investigation.*

**From:** Fleischmann Michael P
**Sent:** Friday, April 25, 2008 8:06 AM
**To:** Medrano Denise L
**Subject:**

Mike

*Attached was a 10 page internal Memorandum Re prospective Investigation. Factual material known to date is being disclosed. Prospective Investigation plans withheld.*

10/6/11 000057

 

| | |
|---|---|
| **In Re:** | $CI-2$ |
| **Investigation #:** | 1000218125 |
| **Case Agents:** | Denise Medrano |
| | Mike Fleischmann |
| | |
| **Team Leader:** | Mike Fleischmann |
| **Date:** | Week of April 28, 2008 |

## CASE SUMMARY:

Not Relevant

10/6/11 000058

Not Relevant

CI-2

~~~~~~~~~~ stated that he has never met the hacker in person/and has never spoken to the hacker CI-2
via telephonic or vocal internet communication. ~~~~~~~~ only communicates with the hacker
via encrypted email on safe-mail.net. At the hacker's request, ~~~~~~~~ has a separate email
account dedicated only to the hacker. ~~~~~~~~ stated that the hacker switches email accounts
frequently. The encrypted emails sent to ~~~~~~~~ from the hacker are placed into Microsoft CI-2
notepad then decrypted using encryption software. ~~~~~~~~ confirmed that the hacker is
responsible for the electronic filing of fraudulent tax returns with the IRS. Tax returns are
electronically filed and the refunds are deposited to either the undercover bank account or are
used to fund pre-paid debit cards. The funding of debit cards occurs as follows:

CI-2

1. ~~~~~~~~ obtains multiple physical mailing addresses by contacting third parties
   throughout the United States. These addresses include apartment complexes,
   abandoned buildings, personal residences, etc.

   CI-2

2. ~~~~~~~~ emails the hacker each of the physical addresses. The hacker then applies
   for prepaid debit cards online. Examples of the prepaid debit card companies include
   Account now (accountnow.net), Netspend (netspend.com), Ameriprise
   (ameriprise.com), wired plastics (wireplastic.com) and My Model Debit Card
   (mymodeldebitcard.com).

3. Once the prepaid debit cards are received at the physical addresses, the individuals in
   control of those addresses will swipe the prepaid debit card using a magnetic
   reader/writer and forward the necessary card information to ~~~~~~~~ via email. CI-2
   ~~~~~~~~ then forwards the information to the hacker via encrypted email.
   CI-2                    CI-2

4. The hacker will email ~~~~~~~~ an encrypted email containing all information
   associated with each individual debit card such as social security number, date of birth,
   phone number, etc. Upon receipt of this information ~~~~~~~~ will call to activate
   each prepaid debit card and set the pin number on all of the prepaid debit cards to
   "3333."
   CI-2                                              CI-2

5. ~~~~~~~~ will email the hacker once the prepaid debit cards are activated. It is at this
   time that the hacker prepares fraudulent tax returns and electronically files them with

10/6/11 000061

the IRS. The hacker includes the necessary routing number and debit card number. The prepaid debit cards are then funded by the tax refunds claimed by the hacker.

6. Both the hacker and ████████ have their own blank debit cards. ████████ and the hacker will use a reader/writer and then encode the debit card information onto the cards they each have in their possession. Once the debit cards are funded, each party involved (the individuals providing the physical address, ████████, and the hacker) will now have the ability to withdraw their own cut with the card or cards in each of their possession.

On April 16, 2008, a check for $75,000 was written from the undercover bank account to an Arizona business entity. The check was cashed on April 17th to give the appearance online that $75,000 had been withdrawn from the undercover account. The refund money was re-deposited into a separate IRS held bank account where it will remain for the duration of the undercover. Each week, refund money will continue to be withdrawn from the undercover bank account and re-deposited into a separate IRS held bank account to give the appearance online that the scheme is continuing.

Not Relevant

U.S. Treasury Criminal Investigation

10/6/11 000062

Not Relevant

During the week of April 14, 2008, it was determined that ATF and the Secret Service were
conducting an undercover operation and planned on arresting ▓▓▓▓▓ on April 25, 2008. As
part of the undercover operation of the ATF and Secret Service, ▓▓▓▓▓ was communicating
with individuals by the names of Doug, John, Craig, and Daniel, who have been identified as
ATF and Secret Service undercover agents and confidential informants. ▓▓▓▓▓ believes
Daniel is an individual higly regarded in the banking community who has the ability to
withdraw large amounts of currency without SARs and CTRs being generated. ▓▓▓▓▓ CI-2
believes that Doug, Craig, and John are individuals associated with Daniel. In previous
encrypted emails between the hacker and ▓▓▓▓▓▓▓▓▓▓ has stated that he will solicit
the assistance of Daniel to make large withdrawals from the IRS controlled undercover bank
account.   CI-2

Not Relevant



CI-2

Per ▓▓▓▓▓ prior request, the CW previously set up a business and related bank account to
receive tax refunds generated from the fraudulent refund scheme. The business and bank
account were opened and are controlled by a cover agent. CID coordinated with bank security
to ensure funds can only be withdrawn by the cover agent. Neither on-line electronic transfers
nor ATM withdrawals are allowed. The hacker has the ability to view the bank account
balances online.

U.S. Treasury Criminal Investigation

10/6/11 000063

Not Relevant

CI-2

On April 24, 2008, ████████will be sending an email to the hacker requesting that Daniel be
· used to move money from the undercover account set up by CID to an account that is
controlled by Daniel. In reality, this account will be controlled by an IRS Cover Agent. At this
time, ████████is unaware that Daniel, Doug, Craig, and John are agents and confidential
informants of the Secret Service and ATF. ████████will explain to the hacker that Daniel
CI-2 will be used to phase out the Arizona crew and enable large amounts of money to be taken out
of the undercover bank account on a regular basis. As orginally detailed between Daniel and
████████the money in the second account would only be able to be accessed on a quarterly
basis. Therefore, this money would stay in the second bank account and would not need to be
sent to the hacker until after June 30, 2008.



Note Pages 8 & 9 withheld.
There is no 10th page.

U.S. Treasury Criminal Investigation

10/6/11 000064

*ATTACHED EXHIBITS*
*SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO*
*MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT*
*CR08-814-PHX-DGC*

⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇

June 17, 2008 email from Acting Undercover Programs Manager Ronald C. Krajewski to IRS-CI Agent Michael P. Fleischmann; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (10/6/11 BATES No. 000902 of October 6, 2011 discovery set).

## Fleischmann Michael P

**From:** Krajewski Ronald C
**Sent:** Tuesday, June 17, 2008 10:07 AM
**To:** Fleischmann Michael P
**Subject:** RE: Undercover

*Internal communication!*
*Re prospective*
*Investigation*

Mike:

Fax #: ▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Thanks again
Ron

**From:** Fleischmann Michael P
**Sent:** Tuesday, June 17, 2008 9:50 AM
**To:** Krajewski Ronald C
**Cc:** Medrano Denise L
**Subject:** RE: Undercover

Ron,

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Mike

**From:** Krajewski Ronald C
**Sent:** Tuesday, June 17, 2008 9:26 AM
**To:** Fleischmann Michael P
**Subject:** RE: Undercover

Mike:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Southwest Bank: (TY 2005)
Account Number:▓▓▓▓8504
Routing Number: 111900756
Note:  Opened under the name▓▓▓▓▓▓▓.  $201,371 of tax refunds were

10/6/11 000902

originally deposited in this bank account. The account owner took $42,609.33 from the account and $158,764.78 was left in the account at the time the bank froze the account. **Note:** *On May 30, 2008, the remaining balance of $158,764.78 was electronically transferred into "Daniel's" holding account. The bank froze the account due to fraud and was waiting for a request from the IRS to have the money returned. At the bank's request, a "Receipt, Affidavit, and Indemnity Agreement" was signed by IRS-CI Special Agents Denise Medrano and Michael Wilson (cover agent) to move the money from the Southwest account to "Daniel's" holding account. At the conclusion of the undercover operation, all money will be returned to the IRS.*

1. What was the essence of the Affidavit and Indemnity Agreement that were signed?
Basically this was for the bank so that the bank would not be held liable or responsible for any claims against the money. The bank would not release the money to the hacker because the hacker could not come up with a reason for so many tax refunds being deposited into the account.
2. What liability was created for the government?
None, it is our (IRS) money. The bank was going to return the money to IRS unless the hacker was able to come up with a reason to get the money (as described above).

4. Why was these avenue chosen instead of them returning it to "the government" as in other accounts you listed in the narrative?
We told the hacker that Daniel was a banking magician and would be able to make things happen. With that being said, we were able to move the money from the Southwest Account to "Daniel's" holding account. In addition, we were concerned that if we just returned the money to the government, the hacker might call the bank to check and a bank teller might tell him that the money was returned to the government. By moving the money to Daniel's account, that eliminates that possibility and allows us to cover our tracks.

Good luck getting your voice back.
Thanks for the quick response to all my and SIT's questions.
Ron
**Ronald Krajewski**
**Acting Undercover Program Manager**
**Pacific Area**
**Cell:**

→ internal communications

---

**From:** Fleischmann Michael P
**Sent:** Tuesday, June 17, 2008 8:07 AM
**To:** Krajewski Ronald C
**Subject:** FW: Undercover

Ron,



→ See next page

10/6/11 000903

⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇

*ATTACHED EXHIBITS*
*SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO*
*MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT*
*CR08-814-PHX-DGC*

IRS-CI - Report of FedEx Kinkos Employee [KE#1] – 5/7/08; Note: Redactions were done by the government using black squares; Additional redactions done by the defense using white squares with black borders; (Item No. 10 of July 31, 2009 discovery set).

**10**

**7/31/09**

**Report of FedEx Kinkos Employee** KE#1 **- 5/7/08 -**
**2 Pages**

Defendant's Copy 13021

### Internal Revenue Service
### Criminal Investigation

### Memorandum of Interview



| In Re: | ▮▮▮▮▮▮▮▮▮ | **Location:** | ▮▮▮▮▮▮▮▮▮ |
|---|---|---|---|

**Investigation #:** 1000218125
**Date:** May 7, 2008
**Time:** 10:00am-10:20am
**Participant(s):** KE#1 , FedEx Kinkos employee
Michael Fleischmann, Special Agent, IRS-CI
Greg Freeman, Postal Inspector
Jim Wilson, Postal Inspector

On the above date and at the above time, KE#1 was interviewed regarding an unknown male individual who picked up the package containing $68,000. KE#1 provided the following information:

1. Not Relevant

2. Not Relevant

3. Not Relevant

4. The unknown individual was approximately 5'6" or 5'7" in height, wearing a black beanie cap and a black jacket. He appeared to be of either white or Hispanic heritage. He had brown hair and possibly a goatee. The individual spoke English. KE#1 saw his ID, and recalled that it was not a California ID. The unknown individual was very calm, but somewhat anxious.

5. Not Relevant

Defendant's Copy 13022

**6.** Not Relevant

**7.** Not Relevant

Special Agent
Michael Fleischmann

I prepared this memorandum on November 24, 2008, after refreshing my memory from notes made during and immediately my interview with KE#1 .

Special Agent
Michael Fleischmann

U.S. Treasury Criminal Investigation

Defendant's Copy 13023

*SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO*
*MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT*
*CR08-814-PHX-DGC*

**ATTACHED EXHIBITS**

⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅
⬇ **EXHIBIT 08** ⬅

Excerpt of transcript of March 27, 2008 telephone conversation the government alleges occurred between CI-1 and JP (aka "mala" and later "CI-2") before his arrest and agreement to become a confidential informant;  Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (2/19/2009 BATES Nos. 5121-5133, 5136-5137, 5139-5142 of February 20, 2009 discovery set).

Phone Communications

CI1 & CI2

2/19/09 5121

Tape Dated 3/27/2008

Not Relevant

Not Relevant

████    This is ████    Today's date is March 26th and the time is 1:05. I'll be calling JP at the number ████ I am the consensually consenting party to this consensually monitored telephone conversation.

**Automated Voice:** AT&T. please dial the number you are calling now.

Telephone ringing.

**JP:**    Hello

████    Hey what's going on buddy?

Not Relevant

**JP:**    Um I'd like to maybe set up some kind of conference call.

████    Ok

**JP:**    Where you got your questions laid out. This guy uh I'll be honest with you um he he's very direct, very forward. You know. He's kind of like don't waste my time kind of guy. Just like you.

████    Ok

JP:         So if you got questions, my recommendation uh based on my little personality analysis, have them laid out, have them ready. Um and be ready to tell him ok we'll go with it or we won't or let me let me think it over overnight and then we'll go from there.

████        Ok

JP:         This guy this guy's the shit. In my opinion.

████        Got it.

---

JP:         He really is. Um the thing is and and this might sting a little bit. Don't take it the wrong way. If I would have known that this contact had Daniel um and what Daniel's abilities are you and I probably wouldn't be doing this.

████        Oh ok. nah. It don't hurt me none. Not at all.

JP:         The reason why I'm saying that way is because this guy has got serious connection. Serious. So the the reason why I say it so in other words this guy's not bullshit. The the group that he's with it it's a very organized group that I've known for several years.

████        Ok

JP:         Um I I just didn't know that they had this guy. Um the things that I've done with them is completely separate. I I just didn't know he existed.

████        Ok so what is so impressive about this guy that like you said you haven't used him in the past you know that's that

JP:         I haven't used him in the past. The reason, here's the reason why I stick my neck out and say uh basically my vouching point.

████        Ok

JP:         Of the group that he's with. Um this is a very organized group of people that I've worked with over the years. Um they've basically really never failed me.

████        Right.

JP:         Um they they have supplied me with suppliers. And I've supplied them with supplies. Um we we we've touched on weapons. We've touched on uh banking profiles which I didn't know was in his field, but I mean we've done some work on other things.

████        Ok

JP:       I won't go too deep into other things that we've done.

██████:    All right.

JP:       But it's always gone well. We we've really the only time we've had is failure on the other side not their side.

██████    Right.

~~JP:       These guys have walked to the table uh I I've organized um situations~~ where they've come to the table with over a million dollars cash.

██████    Ok

JP:       So they they're not showy. They're not a bunch of punks. They are professionals.

██████       Ok. But so let me ask you. I just have one question. He he's come he he's this big. Why's he ok I understand you're saying he owes you favors. And you've done a lot for him. Why are they going to work for so little? See see my my whole thing is when we get out here and your guy puts x amount of dollars in this.

JP:       Actually it's it's just his bottom line fees. Like if he got everything set up and all I got to do is go pull out the money.

██████    Right.

JP:       Uh he he even said, technically my my risk level is very small so this is all I charge. Now if he sets up the banks and stuff, this is what I've learned, he's like if you want to go with me in the future he says this is how the split is. If I set up bank accounts, this is how I do this and this is how I do that, this is how it's gonna split. And it's nothing like what you're doing.

██████    Ok

JP:       You see what I'm saying.

██████    Right.

JP:       He charges much much higher fee. However however, he he he's telling me that if the money shows up it will be in my hands. I guarantee it. And he says if I don't get it in by the way I say guarantee. If the money shows up there and I can't get it out I'll cover it.

██████:    Hmmm. Can't beat that.

**JP:**       That's where he stands. He's like if you put a half million dollars in there and if I can't if if it actually shows up in the account and if I can't get it out I will pay everybody.

▇▇▇       Can't beat that with a baseball bat.

**JP:**       I know these guys got the money to do it. That's that's and and the thing is they've never said something that they wouldn't back up.

▇▇▇       Ok. So how well you trust these guys? How dangerous are these guys? What is it that I need to know before I stick my head out here?

**JP:**       They I trust them and how dangerous uh if I was to give them between 1 and 10. 10 being the most dangerous. I'd give them like a 12.

▇▇▇       Ok

**JP:**       They they these guys are scary. These guys are very scary. They they are probably the top notch pro. The Italians don't scare scare me as much as these guys. These guys are like kind of like the uh paramilitary kind of guys. Uh these these guys are hard core.

▇▇▇       Ok.

**JP:**       But they're pros. Uh is in their words they say if you provide what I need, we'll get the job done period. Don't provide me 80% of what I need. Provide me if I tell you I need this, this, this and this. The job will be done. Period. And we we like to go in, go out. And everybody's done with it. And if you have another job, same thing. We don't want a lot of drama. We don't want. We do all that to begin with. And then when the job happens in, out done.

▇▇▇       Ok. All right.

**JP:**       So, like I say these guys are top notch. Top notch. So I anyway.

▇▇▇       So basically let these guys do their thing. Let them pull the money. Then just drop it. And uh

**JP:**       You you'll be sitting in the parking lot if you want. Like I say parking lot across the street, where you want, whatever. He takes his fee and hands you the rest.

▇▇▇       Ok.

**JP:**       And and in a perfect world, based on what I know, but you'll learn this in a conference call that I'll put you guys together on. And he can't see anything, where

you're from, what you know, anything. I said look he goes by ⬛⬛, you go by Daniel. I'll introduce you, he'll ask questions, you answer questions. If if everybody's comfortable, we'll roll with it. And and I told him the same thing about you. I said look these guys are professionals. They're not punks. They're not street. They're these guys know what they're doing. So you know. They they've got somebody set up on the inside, dadada. It's rolling fine, however the pulling part is wrong.

⬛⬛          Ok.

JP:          That's that's how I put it to them. I said the guy who's inside wants to know how you're gonna do it, because the guy inside saying it's impossible.

⬛⬛          Right.

JP:          So you need to explain it to him in a way that he's gonna believe it's not impossible.

⬛⬛          Right. I just want to know cause you you can see clarifications from your counterpoint there. When you go pulling, excuse me, this large sums of money. It's a matter of not the pulling of it; it's the paperwork that's curtailed in getting that money.

JP:          Exactly.

⬛⬛          You know what I'm saying? You can go in there and get you can go get x amount of money um that he wants. It's all about what's the ramifications and we don't want to lose what what it is we got going on. That's my only thing.

JP:          Right. And I told him. I said this guy can't be touched. You'll never know who he is. um I I all's I'll say is we got somebody inside who is kinda covering us to the respect of um you know if a red flag, we know about. That's about it.

⬛⬛          Right.

JP:          You know he might have the ability to lower a red flag. That's as far as I've gotten I said and that's as far as I'm gonna tell ya. That's as far as he's gonna tell ya. The problem that this guy inside has is he doesn't see how you can pull out considering, then I kinda said it similar to what you said, I said this dude there's all kinds of paperwork. And I said I know this from my contacts too. How the hell are you going to do this and I said and not kill my account. That's one. But however, even if you kill it. If you pull the entire amount.

⬛⬛          Mmhmm

JP:          So be it, as long as it doesn't hurt anybody in the back end.

███      That's what that's where in lies my my protection. You know what I'm saying. Because

**JP:**      Right

███      You know we may pull let's say your guy puts a million dollars in there. Okay and we may get the million. That's cool. I'm all for that. But when they go knocking on that man's door. You know what I'm saying. Why would we expose him?

**JP:**      This is a question that you need to sit down and ask him.

███      Yeah.

**JP:**      When when we do when we do I want to set up something where you got you know (inaudible) this guy is very busy. Just like you.

███      Ok

**JP:**      So, the thing is what I told him is I would schedule a call with you. Either Thursday or Friday.

███      Ok

**JP:**      And I want he's he's actually in the same time zone as you. He's on Pacific Time. So what I want to do is be on time.

███      Ok

**JP:**      Let him know. We're gonna we're gonna call you at such and such time. I'll create a conference call and for the most part, I'll probably just gonna shut the hell up. And I've done this this with this group before where I just put two people together, believe it or not, I walked away. I went to the store and came back and they're still talking.

███      Oh ok.

**JP:**      All right. So, if you this conversation is between you guys.

███      Gotcha

**JP:**      And and if if the moment you're not un not comfortable. The thing is if you're not this this this is a key thing, and please don't forget this. And I've said this to him too. The minute you're not comfortable, don't give up. Ask questions.

███      Right.

**JP:**      And figure out if maybe you misunderstood or what can we do here. What can we do there? Oh now I can so you can do this, so you can do that. So be prepared.

▮▮▮      Right.

**JP:**      That's that's my bottom line. Is be prepared. If if you can have your guy available. He doesn't gotta say who he is, nothing like that. You know that. But if you could have him available to ask those specific questions. This guy is a financial guy. If you ask him some crazy ass questions, that you and I I mean if your guy can ask him crazy ass questions that I know you and I won't even get. This guy can answer him.

---

▮▮▮      Ok

**JP:**      I feel that confident. So, let's let's schedule a time. Thursday, Friday. One of those two days.

▮▮▮      Let's ok.

**JP:**      Preferably afternoon.

▮▮▮      Ah. Yeah. Let's do it Friday um Friday about 1 or 2 o'clock.

**JP:**      All right. Hang on. Let me write this down. Friday. Between 1 and 2 pm. Pacific.

▮▮▮      Yeah.

**JP:**      All right. Gotcha.

▮▮▮      Yeah. And uh and you saw in the email there was a correction on that 45. It was 55 in there that went in.

**JP:**      Ok. All right. Well here. Ok. Uh the point number 2. So completely accepted from Daniel. Of course, as as expected our funder is doing his little shit, little drama stuff. So I'm just gonna give you a heads up. It's not important. Um he's saying unless I get a certain amount of money in my hands by the 4th of April, I'm gonna go ahead and stop funding. Which means we'll just have like a down time of a couple of weeks of him not funding.

▮▮▮      How much is he saying he wanting?

**JP:**      He wanted at least like 20 grand in his hands by the 4th of April. In his cut. That's excluding my cut so on and so forth. Uh let me let me tell ya before you say something.

▮▮▮      Ok

**JP:**     Um based on my resources he followed up on my resource not not he didn't like check with my resource but he followed up on what my resources said. We can be pulling 18-20 grand a week, under the radar. Positively for sure. I know this for a fact.

███     Ok.

**JP:**     All right. Your guy should know this. If you're doing, cause I mean this guy's freaked out. It's like it's been 1 week and only 9k. Yeah. Not gonna work. That's his words to me.

███     Ok

**JP:**     Now your guy, your guy knows something that we don't know. Maybe in his system. That's different. So he's not taking away from that.

███     Right

**JP:**     All right. Completely. But we need to point out to him, we'll put kinda maybe put a fire under him, say why can't we do 18-21 in a week, in in a five day period. Under the radar. And every resource. I've actually checked another resource and they're like yeah no problem.

███     Right. Everybody says everybody says no problem and and I I I am a am proponent of of hearing that until we actually get into it. And this is what they want respect this guy. He's telling everybody says yeah no problem. Everybody says yeah it can be done. Everybody, but once it actually gets done and something pops up they're like oh damn. Forgot about that. That that is true. This guy says.

**JP:**     Technicality

███     Ok hold on. Let me let me finish.

**JP:**     My wife.

███     Let me finish. Let me finish. We get this account. Large sums of money are coming in on a new business, new account. We're not an established business. Ok. We're not an established business. We're not we haven't been in business very long. Our our corporate charter is new. Our business is new. Our account is new. Ok. You and and you can check with your with your person. You're your on a probationary period for the first 30 days you have that account opened. It's monitored. In regards to what happens. Ok.

**JP:**     Sure. Yeah.

So you you're on a probationary period, so if you don't want a lot of SR uh uh SARs reports piling up on your account, then you have to be smart about it. Ok yeah you're your guy says ok he wants 20,000 by you know April 4th. Eh we'll see what we can do, but you can't go in there banging cash out of an account just strictly. You're not paying any bills, first of all, like a normal business would do out of their account. Number 2 you're not paying any payroll out of account like normal businesses would do. Number 3 all you're doing is straight pulling cash.

JP:        Right.

Ok

JP:        Well this is this is what he yelled at me for, all right, cause I said the same thing. I said look you you can't just go cause I agree with you. You can't just go pulling cash. Period. Cash anything cash oriented is more scrutinized than anything else. Period. If you're cutting checks or anything like that, that's different.

Right. Exactly.

JP:        What what he shot at me, he's like these guys said they can pull this amount this way, dadada, why the hell is the other account set up that they can write checks to that we so now we can be pulled from 3 accounts.

Yeah. And

JP:        And are different tax IDs.

Right. And you don't have to. Yeah you're right. And you don't have to set that up because after the 15th of April. I it will all be a mute point. Then you can use your guy to get the money. If we exercise patience and be a little smart about this and not go in there and try to run and take every dime out of there when we're not paying any bills. There's an electricity bill, there's a phone bill, there's so many things to be paying out of your business account that a bank will look at and says ok this is a normal operating business. Ok. even if we didn't pay or do anything out of that account, we would transfer it somewhere to to make sure that we paid bills or we would have something like everybody else that runs a business that has hooked up to their account. Payroll. Payroll would come out of that account. But you're not paying anything out of that account.

JP:        Right.

No payroll. You're not paying no payroll taxes.

JP:        Exactly

You're not paying.

**JP:**     Well this this is what he's hitting me on. He's like this is the ID, this is what he's like you know JP you told me these guys can pull. Which of course I mean I didn't get into detail with him either. So I'm not I'm not yelling or chewing you.

███          Right right

**JP:**     I'm telling you what he say. He's like I I understand staying under the radar. He I mean I actually schooled him. He's like ok I didn't know this, I didn't know that. So he's like ok I can understand. We can only pull about this much per week. Completely understandable.

███          Ok. I'm just saying that we will we will push the issue and when we'll see. But I don't understand what's the difference between April 4th and April 15th when we can start gathering big chunks if we if we just (inaudible).

**JP:**     He he set his own stupid deadline, which I I

███          Ok

**JP:**     I might be able to supersede.

███          Ok

**JP:**     However, my heads up to you, which you don't have to give the drama to your guy, but I want you to at least be aware. This is this is part of what I do. He's probably gonna just hold off on funding after the 4th.

███          Ok.

**JP:**     But he'll kick it back in. cause he he wants to do a hail mary on it.

███          Right.

**JP:**     If if he gets paid. You see what I'm saying.

███          Yeah.

**JP:**     Even if it's late and he gets paid. He's gonna hail mary it.

███          Yeah he'll (inaudible). And like I said.

**JP:**     And when I say hail mary in other words I mean we're sitting on a million plus. Probably sitting in there, that he's gonna do dead people over the next few months.

███████   Right. And and I'm cool with that.

JP:   Which means you know cause he files a million then and we might get 150, 200,000 out of it. But he might file 10 million dollars.

███████   Right.

JP:   See what I'm saying.

███████   Yeah. And I'm I'm

JP:   When I say hail mary that's what he's gonna do. But the thing the thing that he's also concerned about. That I'll also throw at ya. Is he said look you guys my be able to throw down red flags, he might be able to this, but as soon as the IRS comes and they start asking questions above the guy that you've got there, then it don't matter what he can do. We just we just lost the money.

███████   No

JP:   Cause we didn't get it pulled out soon enough.

███████   Exactly and that's why I said we're gonna use Daniel so that we'll keep the account at a low balance so we don't get caught up with a million plus in there. That's what your guy has to understand. After the 15th no we're not gonna leave big chunks in there. You know we're gonna pull $75,000 at a time where everybody can be happy. When you go in there and and take out $75,000 cash. But I will tell you this, if anybody that you got that you can go to a bank does not hold $75,000 in bank. Yes, your boy Daniel will call and have it delivered, but I tell you what they'll tell him it'll be 48 hours before that money gets there.

JP:   Right.

███████   You know what I'm saying.

JP:   He'll he'll tell he says worst case scenario is 14 days. It's never over 14 days.

███████   Right and then not only that. But when they see that that bank is continuously is ordering money in that amount, the feds are gonna look at it. Because it hasn't been done, ever.

JP:   And and that's where I'm curious to listen to you guys' conversation with Daniel. To be honest with you. I'm curious.

Not Relevant

Not Relevant

█████          When you go when your dealing. Its its ask ask anybody, it's not about what's coming in, it's what's going out. That's the problem. What's coming in, is fine. Is is what we gonna do to get it out and what we're not doing.

JP:          You you saw what happened the last time.

█████          Well yeah. but we did not have nobody in this position. You know what I'm saying?

JP:          Ok so so what at his discretion. (inaudible) awarded it to other people what hierarchy and why is there no questions yet and if there are questions what what is happened so far?

█████          Right. Now I I will ask him if there's been any inquiries, but he says he is the one. Ok. that deals with it. He is the one that if anyone from branch manager to however they report to him. There's only one there there's no one is one other person above him. So It's gonna filter up to him. That's the way he put it to me. It's gonna come to me first. Ok. so and it's coming to him first then I'm cool with it. And I convey to him everything you convey to me. Hey this guys gonna hit this account for 1 million dollars, is that cool? What are we gonna do, let's do some at the 8 & 15, he can load it up, do whatever he has to do. I will inform you and keep abreast but there is no problem with you guys getting your money. You know when he tells me this, I'm looking at him like are you sure. Cause we've heard this before.

JP:        Well and and and something just between you and me, not him talking, between you and me. I don't give a shit how much trouble this guy gives me as long as we keep pulling.

█        Right. We will.

JP:        Doesn't matter. He'll he'll scream, whine, cry the whole way, but if I keep paying him the whining will go away. The only the only downside about it is if he gets on his little you know bitchmode and says I'm gonna chill on loading until I get a certain amount.

█        Right.

JP:        Which is where we're at now. Which to be honest with you, again I don't care, cause we're gonna get paid enough right now. I don't care.

█        Right. Exactly. And

JP:        I I actually trust I told him this. I said I trust for the first time. I said last time I overtrusted mistakes. (inaudible) my bad. Now we got somebody inside. What's in there now, we're gonna get paid on. Course he's countering with how do you know the IRS isn't going to come down on him and stop, stop this. And I said I actually to be honest with you I don't know what control this guy has on that. And and I doubt he has any control.

█        Right he doesn't.

JP:        Cause the IRS jumped in there.

█        He doesn't. he doesn't have. He has no control over but as far as being informed that ok they're going to freeze this. He has that information. That all comes through him and that's when he said he will contact us.

JP:        That that's what we need to make sure that we try to supersede and get as much as we can.

█        Exactly. And that's what he said he would do. When he starts to hear that scuttlebutt that's when he will tell us to come get the loot. And he will hold back the dogs

JP:        And and that's hopefully hopefully where Daniel can come in.

█        Right. Exactly.

JP:        Gotcha.

█        Yeah.

Not Relevant

**JP:**       Bring that like I say if he doesn't get a certain amount in his hands by the 4th um he's he's gonna pull back.

       Ok

**JP:**       He can't wait. Just so that you're aware. So it's not I mean let him have his temper tantrum. I even told him I said look. No problem actually why don't you go ahead and take because it sounds like he I mean he's working 12, 15 hours a day doing this. So that is not easy and I hope that you remember that too. I mean just just like your side isn't easy. Everybody everybody's putting a lot of work into this. So I give him that credit. I tell him I said you know what go ahead, take a week off.

       Right.

**JP:**       So it's it's actually ok. but you know (inaudible) my greed side says keep sending fucking money but you know what if you want to go ahead and pull back and I

told him I said not as an insult I said but personally go ahead and take that week off. Until you get paid.

█████:        Right.

JP:        Take a week off. Get some sun. you know see the beach. Get some pussy. Whatever you got to do.

█████        Right.

JP:        That's fine. Go ahead and take that week off. Everybody will be fine. (inaudible) I'll tell them. I'll pass on your message to them. Um take the week off. That that's fine.

█████        Quick question. Is this guy younger or older because it seems like if he's been doing this awhile he should understand, so is he a younger guy?

JP:        Well, I I personally after after a lot of back and forth with him I think I think I really think he's pretty young.

█████.        Yeah.

JP:        I think I think it's a punk kid. That's got some killer fucking hacker skills.

█████        Yeah. because he has to be young. Cause he he he's impatient and he doesn't understand.

JP:        Well, he he's gotten fucked over a lot.

█████        Right.

JP: ·        That I know for a fact. Because you know not that I participated but I was involved with him getting fucked.

█████        Yeah. I'm just saying because it's like you know all of that once you get a taste or you've been in this enough you know to be patient for your money. But when he sees the money coming and coming and coming. You know

JP:        Well I mean you and I both know how it is when you get fucked.

█████        Yeah.

JP:        Time and time and time again. After a lot of work. I mean you're like you know why should I do this if I'm not getting paid. So I mean I do respect I do respect where he's coming from. I do think he's a little impatient. But I do respect where he's coming from

████    Ok

JP:     Just like you. Just like you. It's like you know how many times have you said to me look JP this guy for real or what?

████    Right.

JP:     Cause you know what this hasn't worked, this hasn't worked and this hasn't worked. This this could be as fucked up, this fucked up and this fucked up. You guys did this wrong, you guys did that wrong. You see what I'm saying.

████    Right.

JP:     He he he's saying the same thing. Look you know what last year we dropped this in there and you guaranteed him he's going to get the money. Do do I have it? Well, no. you see what I'm saying.

████    Right. Right.

JP:     That that's where I'm stuck. That's where I'm stuck between. So I just want to make sure. The thing is I actually feel confident. We're gonna get the money.

████    Oh we are. That for sure.

JP:     Get the money. I actually look very forward to the conference between you and Daniel. And my gut is telling me and and like I say based on what I know about this this is a very organized group of people. I can't I can't stress that enough. This this is probably the scariest strong group I've ever been around. But like I say I actually deal with with some very strong people up in New York. Italian.

████    Ok so scary meaning what? Key meaning you know I'm gonna ask you what is scary.

JP:     When I when i say scary. When I say scary in other words, nobody should fuck up. If you say you're gonna do something, you do it. Period. And if you don't yes, there could be repurcutions.

████    Ok.

JP:     And and in that respect. And and they have the capability, the will, the financial backing to follow through on what they say. In other words, they say you know what you fuck me on this I'll fuck you up. They will. They will.

████    Ok

**JP:**       They don't talk after that. However, they do owe me. They do owe me. I also owe them in certain respects as well. Like you know what I've done this, I've done this. I'll get this for you. And I've done it. So it it it's a back and forth thing. Technically right now, and this is the way I generally do things with most of my contacts. Most most contacts, there's only a few who don't, including you. They owe me favors.

      Right.

**JP:**       Cause I've I've done enough for them they're like hey because look (inaudible) do something right now. I've done 3 very major deals with them and I (inaudible). cause I didn't want any part of it to be honest with you.

      Right.

**JP:**       I said look I'll put you in contact. You guys do your thing. I'll play middleman for your for a short little while. And then here's your direct contact, you deal with it directly. I don't want a part of it. And that's that's what I've done. And they're like come on man, JP you need you need a cut. Um no. I'm looking at the bigger picture later when the time's right.

      Ok. all right. Well then let's just set it up for Friday and uh let's see what we can do and we'll go from there.

**JP:**       All right. We'll do that. I'll go ahead and pass on what I can. And uh let's let's keep, you you got this number? I mean you you (inaudible)

      Ok. all right so.

**JP:**       All right take care

      Thanks

      The time is 1:40. I've concluded this conversation and will be turning off the recorder.

⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇

*ATTACHED EXHIBITS*
*SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO*
*MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT*
*CR08-814-PHX-DGC*

USPIS Memorandum of Interview, April 15, 2008; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (2/19/2009 BATES Nos. 5013-5017 of February 20, 2009 discovery set).

Interview of

CI 2

**MEMORANDUM OF INTERVIEW**

| | | |
|---|---|---|
| CASE NUMBER | : | 1219-1672940-IT(1) |
| PERSON INTERVIEWED | : | ███████████ |
| PLACE OF INTERVIEW | : | ███████████ |
| | | Salt Lake City, UT |
| DATE OF INTERVIEW | : | April 15, 2008 |
| TIME OF INTERVIEW | : | Approximately 4:50 PM |
| INTERVIEWED BY | : | G.A. Freeman, U.S. Postal Inspector |
| | | J. Wilson, U.S. Postal Inspector |
| | | D. Medrano, Special Agent, IRS |

On the date listed above, ███████████ was interviewed at the IRS offices in Salt Lake City, Utah, following his arrest and initial appearance in Federal District court. Also present for the interview was ███████ c ourt appointed public defender, Assistant United States Attorney Fred Battista, and other representatives from the Internal Revenue Service.

Not Relevant

Page 1 of 4

2/19/09 5014

███ stated that Doug is the head of the organization, and that John is his right hand man. ███ stated that Doug and John deal in weapons and narcotics, and that their associate, Daniel LNU, was their contact within the banking industry. Daniel has been described to ███ as Doug's "financial guy." ███ stated that he has dealt with the group of individuals for approximately the past three years, and believes that they are operating out of California.

███ stated that Doug has another associate in Washington state by the name of Craig LNU, and a third party associate named [████████] ([████] is believed to be in the [████] area). ███ stated that he just finished brokering a weapons deal with Doug, John, and [████] worth approximately $13,000.00.

███ stated that [████] has access to weapons from various resources. He added that he, Doug, and [████] were in the process of putting together a subsequent weapons deal worth approximately $50,000.00 to $100,000.00.

███ identified [████] as the supplier, himself as the broker or middle man, and Doug as the purchaser of the weapons.

███ stated that the weapons are sent via Fed Ex out of the Seattle area to California, possibly the Newport Beach area. ███ stated that he believes that Doug or [████] has an inside man at Fed Ex to ensure that the shipments go through without a problem.

Redacted name of irrelevant third party.

Not Relevant

███ estimated that he makes approximately $60,000.00 to $80,000.00 as a result of his employment and kick backs from various deals that he has brokered. He stated that most of that money has been spent to pay assorted bills incurred by he and his family.

███ stated that Doug has a real estate scheme that he wants to pull ███ into in the near future. ███ stated that Doug is getting bank documents, specifically, house closing documents, to facilitate his scheme. He stated that Doug is paying

2/19/09 5015

$500.00 a piece for a single customer profile with associated documents on people with credit scores of 700 or higher.

███ stated that Doug and company are doing full identity takeovers, then flipping the properties.

███ stated that Doug has another scheme involving Dell computers that is bringing in approximately $150,000.00 a day.

███ stated that his role in most of these schemes is to find "resources" for these various crews involved in various fraudulent schemes. ███ stated that most of the resources he has come from contacts that he has through Hackershomepage.com. ███ stated that he answers the calls for this web site at his residence. He added that this is his primary source of employment, and that Mark ███ owns and operates the web site.

███ stated that he is also involved in a scheme involving pre-paid debit cards utilizing "full" client profiles that include full names, social security numbers, dates of birth, and drivers license numbers.

███ stated that he provides "resources" that can provide addresses for the shipment of pre-paid card. ███ stated that he then activates that cards with information provided to him by the Hacker, and then all parties involved pull their respective cuts from each card using "dummy cards" that they generate for use at ATMs.

Not Relevant

Not Relevant

The interview ended at approximately 5:35 PM

G.A. Freeman

U.S. Postal Inspector

April 21, 2008

Date

2/19/09 5017



*ATTACHED EXHIBITS*
*SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT*
*CR08-814-PHX-DGC*

**EXHIBIT 10**

IRS-CI - Report of FedEx Kinkos Employee [KE#2] – 5/7/08; Note: Redactions were done by the government using black squares; Additional redactions done by the defense using white squares with black borders; (Item No. 11 of July 31, 2009 discovery set).

**11**

**7/31/09**

**Report of FedEx Kinkos Employee** | KE#2 | **- 5/7/08 -**
**2 Pages**

Defendant's Copy 13024

# Internal Revenue Service
## Criminal Investigation

### Memorandum of Interview



**In Re:** ▮▮▮▮▮▮▮▮▮

**Location:** FedEx Kinkos
Palo Alto, CA

**Investigation #:** 1000218125
**Date:** May 7, 2008
**Time:** 7:55AM-8:02AM
**Participant(s):** KE#2 , Employee at FedEx Kinkos
Michael Fleischmann, Special Agent, IRS-CI
Greg Freeman, Postal Inspector
Jim Wilson, Postal Inspector

On the above date and at the above time, KE#2 was interviewed at his place of employment regarding an unknown male individual who picked up the package containing $68,000. KE#2 provided the following information:

1. Not Relevant

2. The individual was a young male, approximately 5'6". The individual was approximately 26-27 years of age, had no facial hair, thin build, black hair, with no visible markings or jewelry. He could have been white or Hispanic. The individual was also wearing a hat, color unknown.

3. KE#1 , another employee at FedEx spoke to the individual. At first, the register was not working and KE#2 said KE#1 was not going to release the package because the register was not working. KE#2 had to enter a code and eventually the register worked. KE#2 said KE#1 had to scan the package three times prior to it working. KE#2 said it was unusual to have a hold at location package during the graveyard shift.

Special Agent
Michael Fleischmann

I prepared this memorandum on November 24, 2008, after refreshing my memory from notes made during and immediately my interview with KE#2 .

Defendant's Copy 13025

Special Agent
Michael Fleischmann

Defendant's Copy 13026

**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**
**↓ EXHIBIT 11 ↓**

*ATTACHED EXHIBITS*
*SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO*
*MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT*
*CR08-814-PHX-DGC*

IRS-CI - Report of Interview of CI-2 – 4/16/08; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (Item No. 1 of September 2, 2009 discovery set).

# 1

## 9/2/09

# IRS-CI - Report of Interview of CI-2 - 4/16/08

## Internal Revenue Service
## Criminal Investigation



## Memorandum of Interview

**In Re:** ██████████                    **Location:** Hampton Hotel
                                          ████████, Utah

**Investigation #:** 1000213176
**Date:** April 16, 2008
**Time:** Various
**Participant(s):** ███████ Interviewee
              , Witness
              , Other
              Denise L Medrano, Special Agent

On the date listed above, ████████████ continued his cooperation and debriefing at the Hampton Hotel located in ████████, Utah. ███████ agreed to cooperate with law enforcement in their efforts to locate the "hacker." Also present for the interview was ████████ court appointed defense attorney, Assistant United States Attorney Fred Batista, and other representatives from the Internal Revenue Service and US Postal Inspection Service. Throughout the day the following information was provided:

████████ received a voicemail from an individual known as "Doug" LNU. Doug expressed his interest in meeting ███████ on April 25th. Doug offered ███████ a position within their organization.

Not Relevant

                    U.S. Treasury Criminal Investigation

Not Relevant

The following are voice messages on ▮▮▮▮▮ phone:

1. John
2. Doug – Needs to know what is going on with the weapons, and meeting face to face.
3. ▮▮▮▮▮▮ needs zip codes from Newport Beach
4. Doug – on the 25th he would like to have ▮▮ out at the Four Seasons next Friday.
5. ▮▮▮▮▮▮ indicated he obtained the zip codes Newport Beach online.  The tracking number is ▮▮▮▮▮▮▮▮▮

Not Relevant

During the evening of April 16, 2008, ▮▮▮▮▮ was escorted to the FBI office located in Salt Lake City, Utah.  It was at this time ▮▮▮▮▮ was interviewed by FBI and ATF agents regarding Doug and his associates.  The following is some additional information:

▮▮▮▮▮ is responsible for taking phone calls and e-mails for HackersHomePage.com.

An individual by the name of [    ] LNU introduced Doug to ▇▇▇▇ [    ] is known to be involved with credit card fraud.

Doug has his hands in many things.  He is involved in making in California driver's licenses using the software program Noblecap (spl?).  Doug is involved in large scale real estate deals.  Doug is known to pay bankers with drugs such as cocaine.  ▇▇▇▇ is a resource locator and found Doug an individual who goes by [    ]▇▇▇ may recognize [    ] phone number if given the opportunity to review his phone records.

Doug has connections inside FedEx and uses FedEx when making shipments.

[          ] (aka [    ]) was put in contact with Doug.  Doug paid $50,000 for real estate information.

Doug has a post office box located in New Port, California under the name of [      ] [    ].

The term "full" relates to information including name, date of birth, social security number, address, etc.
The term "skimmed" relates to the information swiped from existing cards.
The term "carding" relates to the card number.
The term "bin list" relates to the last six digits of a card.

*Denise L Medrano* E

Denise L Medrano
Special Agent

☑ Double click here to sign
Witness

---

I prepared this memorandum on August 3, 2009, after refreshing my memory from notes made during and immediately after the interview with ▇▇▇▇▇.

*Denise L Medrano* E

Denise L Medrano
Special Agent


I certify that this memorandum has recorded in it a summary of all pertinent matters
discussed during and immediately after the interview with ▬▬▬▬▬▬▬▬


Denise L Medrano
Special Agent

⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇

*ATTACHED EXHIBITS*
*SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO*
*MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT*
*CR08-814-PHX-DGC*

Email dated March 23, 2008; (Defendant's Copy 1764 of February 20, 2009 discovery set).

from_mala1_3-23-2008

According to my bank contact... He assures it will not get locked... as his contact is the guy who locks accounts for this type of stuff... what he does not have FULL control of... is how we take it out... this is why he is starting the ball slow on taking out... we will be able to take some very large chunks out in the next few weeks at the latest... but during those few weeks... only several thousand each will be coming out.  He is working on either is own condition to enable a large pull out or negotiating with my other contact... at any rate.. the account is assure to never be locked even if you put 10 million in it.  As before... I just ask your patience on the pulling process... it will happen very quickly when the time is appropriate... but in the mean time... your work will not go without reward... just a small start, then big boom.  I am absolutely feeling a million times better about this time than anything we have done... I look forward to everything working well... this week I will dive into the gold research and the best ways to get it to you in approx. 50k increments.  They have to follow many of the same banking rules... but like you said... many dont... I'm trying to find one that does not via some of my resources instead of cold contacts... so I hope to have something golden (no pun intended) within 2 weeks... I have a couple idea's I want to run past some friends who have cleaned/moved money before... and get feedback from them.

I will have a more thorough email Monday or Tuesday for you.

Defendant's Copy 1764

*ATTACHED EXHIBITS*
*SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO*
*MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT*
*CR08-814-PHX-DGC*

⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇
⬇ **EXHIBIT 13** ⬇

Emails dated February 14, 2008 through February 22, 2008); Note: Redactions done by the defense using white squares with black borders; (Defendant's Copy 1736, 2185, 1738, and 2191 of February 20, 2009 discovery set).

from_mala1_2-14-2008

Not Relevant

The bank guys gave me this info:   Meridian Bank RT: 122104994  ACCT:        0007
Anderson's Accounting and Tax Service.  The username/pass the the web account they will have
in about 24 hrs.  Let me know any specifics you want me to get from them.

Defendant's Copy 1736

to_mala1_2-14-2008_2

Not Relevant

How is this bank setup any different than before when I was given $0 for my efforts? If your guys can't figure out how to do a bank wire without getting caught then your side can get the money any way you guys think is best. Once you have the cash, then what about getting a cashier's check using the cash for the total of my cut? Then that cashier's check won't be associated with the original account. The check can be mailed out to an investment company of my choice under terms I set up. All the bank people have to do is set up a second bank account under a name I give and get a cashier's check using cash under that account. Then you mail the check to a company that sets up an investment account under the name on the check. As long as the check clears then I will assume all risks afterwards. The check will have to have the name of the account holder on it and be payable to the investment company.

I am not going to start funding the account until you tell me exactly how I am getting my money. I am not accepting cash in the mail. I also need absolute guarantees. Saying "try to wire out your share at your risk" makes me want to forget the whole thing. It isn't my job to get me my money so if you guys can't handle it then cancel the whole thing.

Here is what you said before about washington mutual:

"There has been a little flip flopping on the contact that wants to do the prepaid business. They still want to do it, but they know this could take months to set up, with that in mind, the contact they have gained is within a banking system.. he is a VP of several branches of (I think) WAMU, he has the ability to open and age accounts, also to keep any redflags from posting to the account. So what he is saying is we have a resolution to the problem we had last year. He is claiming he can open multiple accounts if you want."

This is still almost an exact duplicate of how you explained the banking setup last year where we didn't get any money.

Defendant's Copy 2185

from_mala1_2-15-2008

Not Relevant

The difference of what the bank guys are doing this time... is they actually have someone IN the bank... last time they simply went into the bank and was assured by the manager there would be no problem... the manager was not in on it... that is what messed everything up.  The mistake was mine by trusting that these guys told me they felt she would let it through.

Thank you for reminding me what I said... once I know part of the conversation I can often remember what was stated.  Take note I said (I think)  This was based on the original conversation we had... I was only guessing... what I probably should have said is I was guessing and he also said he would not give me details until he knew if you were in and also giving the inside guy details and making sure he was game as well.

Not Relevant

I will present what you said about the cashiers check and he will talk to the bank guy and get back to me.  This seems like a good idea for now.  It was more me saying that on the bank wire from the webaccount because I thought maybe this is something that may be easy for you... my mistake.  I want to work hard on making this project work this time.  Now that my contact with the bank guy knows what to expect this time... I feel more confident we will have success.  Bottom line... I will collect your cut in cash if I have to... I will then figure out how to get it to you... If I have to pull a rabit out of a hat to make it work... I will.

Not Relevant

to_mala1_2-22-2008

| Not Relevant |
|---|

The new tax bank account I will begin filing to soon. I was going to start before 2-21-2008 but I couldn't do it because I had to do other things. So now I have another week to get them through for the next filing set. The account should see money in 14 days unless all the refunds get delayed an extra week and this happens a lot. I would tell them 14 to 21 days but once I get going they won't stop depositing for 3 weeks straight and there is no way to stop them. I don't know about the numbers yet as far as how much money.

I think the IRS is giving extra scrutiny to routing numbers (and maybe even account # formats [such as matching for wiredplastic or netspend typical format]) for banks that we have used in the past for fraud returns. I suspect this because the western union cards, walmart cards and to a lesser extent, the only1 cards have all been getting more refunds than all the other cards as far as dead people refunds go. I even got some 2.5k refunds through to walmart cards as far as I can tell but I won't know for sure for 2 more hours. The IRS loves to error out returns minutes before the deposit time.

If this theory pans out then it means the routing number for the tax bank account probably won't be flagged and we might get great success with many more returns resulting in refund deposits.

I also have to do the prepaid cards we received - using the auto program, so I won't be able to devote full force to the new tax bank account. It is better to spread things out so we can at least keep getting a couple thousand a week as we have been. It isn't much but at least it pays the rent and stuff like that. I am still assuming that the tax bank account plan will fail so I am not giving up on the prepaid cards. We actually have quite a bit of cards that can be used for dead people returns no problem.

Not Relevant

Defendant's Copy 2191

*ATTACHED EXHIBITS*
*SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO*
*MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT*
*CR08-814-PHX-DGC*

⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇

Emails dated February 12, 2008 through February 16, 2008; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (2/19/2009 BATES Nos. 5039, 5047, 5049, 5050, 5052, and 5053 of February 20, 2009 discovery set).

E-mail communications

CI 1 & CI 2

2/19/09 5039

Page 1 of 2

DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
 s=N1-0105; d=Safe-mail.net;
 b=r1YE/vZamipNRAM+Y8GTQyFUmRSt86SB1uOh+LRLKxU3Pi42ct2OPjBmyIoVWN1G
 Jqx3G09OjQIknI5vmUAwIRM+w4yjrfbvId2zLIs5E/IMCLXII+FvRtDdLK9o1Q/x
 Dcq8mnOUWMqlPkInVSqDJudhF5NoPhvPDIyIcYE/wBI=;
Received: from pc ([130.13.133.175]) by Safe-mail.net with https
Subject: Re:
Date: Thu, 14 Feb 2008 12:50:55 -0700
From: ▮▮▮▮
To: ▮▮
X-SMType: Regular
X-SMRef: N1-0qGMyxEhGq
Message-Id: <N1-0qGMyxEhGq@Safe-mail.net>
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: quoted-printable
X-SMSignature:
 V/9a0BncO6ftEJPLR5wOhNC4RNYo9myzIDKdAiVsNFKtYN9upBJ3gNpWNr4nn0MD
 fX5BPZUdpTfYIpo93A/d92Cgm47RrTQK+mvhTgyw+7RYsbwyJTFs9tJNPJB40wh+
 0z1OLwXfQqGNfqt8OLHp1Zw7huhMv4KifJ+gEzd9oZc=

WUD UP▮ HERE IS THE NEW NUMBER YOU CAN REACH ME AT ▮▮▮▮▮▮, AND I
SPOKE =
WITH THE BANKER NO TRANSFERS AT ALL YOU HAVE TO DO TO MUCH PAPER WORK
FOR THE =
FEDS SINCE 911 THEY TRACK ALL OF THAT REAL CLOSE, HE HAS NO OUT FOR THAT IN
=
OTHER WORDS HIS NAME WILL BE ALL OVER IT SO YOU WILL HAVE TO DEAL WILL
CASH, =
ALSO WHAT HAPPENED WITH YOU EARLY THIS WEEK SEEMED YOU HAD A PROBLEM,
IS IT =
SOMETHING I SHOULD BE WORRIED ABOUT, IS IT SOMETHING THAT WILL KEEP US
FROM =
COMPLETING OUR PROJECT, AND YOU KNOW WHAT IM ASKING YOU GOT TO KEEP ME
IN THE =
LOOP IF YOUR IN TROUBLE. BANKER ALSO SAID HE WILL MONITOR ALL ACTION IF
SOMEONE =
TRYS TO TRANFER WITH OUT PERMISSION HE WILL BLOCK IT THATS JUS FYI MY GUY
IS =
JUS AS MUCH A ASS AS YOUR GUY SO DON'T TAKE IT THE WRONG WAY JUS WANT TO
LET =
YOU KNOW. BANKER WANT TO SEE HOW THING GO BEFORE ANY MORE ACCOUNTS, IF
THE =
FIRST GOES THAN MORE WILL FOLLOW, AND YOU KEEP FLOPPING ON ME ONE MIN.
YOU =
SAY EMAIL THE NEXT ITS THE FONE WHAT IS IT SO WE CAN BE ON THE SAME PAGE I =
DON'T LIKE BURNING PEOPLE TO DO SHIT AND WE DON'T USE IT SO FONE OR EMAIL. =
LET ME KNOW.

-------- Original Message --------

https://www.safe-mail.net/cgi-bin/Safe-mail.net/showmail?src&IQyXKUBlyWpZRRe9zN...   2/14/2008

2/19/09 5047

DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
s=N1-0105; d=Safe-mail.net;
b=PFJFIS0R39YkPqJGwPUHZFq5Yd9aBAEBMGP2ZAWUeG/vc0yEGEdz0nc9kjIWGTY6
3EkcIEmmrgQftSUbBs4n8B+Q0sFWVqRKDTiQjXajqy5eQJ9r7yOKjI8wfqkvoW1o
GzKLSfqQM6aAoIFLe9kknnM1XZAiHgd2vqnnXltxbqM=;
Received: from pc ([71.223.62.124]) by Safe-mail.net with https
Subject: Re:
Date: Wed, 13 Feb 2008 10:16:59 -0700
From: ████
To: ████
X-SMType: Regular
X-SMRef: N1-QQ0fCxHpko
Message-Id: <N1-QQ0fCxHpko@Safe-mail.net>
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
X-SMSignature:
dKzoV0K4B+XKb2D9hnhFCW8V/TStsURDoMNW3qmY+vfhiy7w5jmr9DJK6GhTuqD9
jRAdbII7slTCGuF3Rpf2OWYhLKt0lvha1nrKxGs23MQPl5X4w+dc7REzDHOVwE5x
+YyAmmUcrK9JRBUQeQUFo5a6pHMqQ1Qf0QRn5LNfrEI=

████ here is the account and the user name and password will follow in 24 hr, if you have any question
just email me. Meridian Bank is the name of the bank the routing num. is 122104994, acct. num. is
████ 0007

name of the biz is anderson's accounting and tax service. so let me know when it starts.

-------- Original Message --------
From: ████
To: ████
Subject: Re:
Date: Tue, 12 Feb 2008 22:30:11 -0500

> Lets just get the accounts ready... yesterday... then we hold hands from there.
> -------- Original Message --------
> From: ████
> To: ████
> Subject: Re:
> Date: Tue, 12 Feb 2008 12:27:21 -0700
>
> > ████ wat do we need to hold hands on so we can get thing moving.
> >
> > -------- Original Message --------
> > From: ████
> > To: ████
> > Subject: Re:
> > Date: Mon, 11 Feb 2008 20:08:36 -0500
> >
> > > bottom line... we need to be holding hands on this so your guys are happy and mine are happy...
thats the name of the game.

https://www.safe-mail.net/cgi-bin/Safe-mail.net/showmail?src&LJw2bbq1LPxudbaM9rw...    3/14/2008

DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
 s=N1-0105; d=Safe-mail.net;
 b=X0DQ0fFMYk3+S4/JOIchyGJLMgU2UAeD/2B4EMMhDIB4DMesTMAC3koMXm8KRkiT
 9k8sPFXvKwjtULgPczTzat6aXWcGyv5k0tI4xq6rGKicsDGclo3kJEB1Mrkscu0S
 qBwwmme6ETZro9ggttnJJfRM8DDymLVbP//YxQxmg00=;
Received: from pc ([130.13.133.175]) by Safe-mail.net with https
Subject: Re:
Date: Thu, 14 Feb 2008 12:57:10 -0700
From: █████
To: █████
X-SMType: Regular
X-SMRef: N1-GhOMrkXC5c
Message-Id: <N1-GhOMrkXC5c@Safe-mail.net>
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
X-SMSignature:
RKIUXG9cyaxjdNQZ6FC8XxvvHpsoAN/NOWIDbVdKhpX2MjCJhgsi2caPNkMUWXrq
 7/Ff94RYBY+IxScY6WO9uK/jtYvDgxehdLjJ/KKHpIDBWKAU6JROfOVzRpYu3t4A
 aoFWMmaJbcn5bfDK0B+L//SPq9FUwtXwpZiV6UE5vYU=

█ its checking and no i never said which bank, wamu was never even talked about. the user name and
pass word will generate its self and be emailed within 24 hr. so i will get it to you as soon as i get it.

-------- Original Message --------
From: █████
To: █████
Subject: Re:
Date: Thu, 14 Feb 2008 14:52:53 -0500

> Is this a checking account or savings?
>
> Just out of curiosity... did you or I ever talk about Washington Mutual that you remember? For some
reason this guy thought I told him it was Wamu... and to be honest I dont remember ever saying what
bank it was as I never asked.
>
> How is it coming with the username/pass and weblink?

https://www.safe-mail.net/cgi-bin/Safe-mail.net/showmail?src&My-Lq0V2DzqSKk5YxhZ...  2/14/2008

2/19/09 5050

DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
s=N1-0105; d=Safe-mail.net;
b=H73OgUBDByqWLFGhDkasc+bw72RQUsnU6gc1YI/b5WUp6pjevnYDvCjI3U/ZK3BX
nn1C5kUDjh91SUgGRwjtGCDudEB0Xw8yMqtXyQb0R7lZ1arnrcvXOrJ1bUGY59LS
yYPcrB4qx/iUZm30MteXyPIkH2a1mzKGZ89Mu0QyR+o=;
Received: from pc ([130.13.133.175]) by Safe-mail.net with https
Subject: Re: question
Date: Thu, 14 Feb 2008 20:45:19 -0700
From: ▮
To: ▮
X-SMType: Regular
X-SMRef: N1-Y3uqBhJBGF
Message-Id: <N1-Y3uqBhJBGF@Safe-mail.net>
MIME-Version: 1.0
Content-Type: text/plain; charset=UTF-8
Content-Transfer-Encoding: quoted-printable
X-SMSignature: rm0p2djcmh/I54NG1EXBVCbPb3YiMU/r8UBLfKVLtokOWGcz8y5oUSpkqognbmk2
k+BiT60Q3Oh4XBvm8ElJHVVGep2q3oX6SXG55yK1p/XgXOwvlJxeaPUBsmyJx2qQ
DzzKKfvhpQDuYtOb6f2hhInGDijRm7XOxM0FAF4RDyg=

▮ your boy has lost is fucking mind!!!!!!!! Now i will talk to my people =
and see what we can do but all this running around bank is going to =
be a pain and he better be will to pay fools for there time, i guarentee the =
cash all the other shit i will see about wire's are out the question there =
is nothing to figure out the feds will be all over that shit, so i will let =
you know in the a.m. what up. and tell your boy its set up different cause =
we have a little help from someone on the inside, and his guarantee is he can =
get his cash, and not get fucked on this trip. so now that im off my soap =
box i will get at you in the a.m.

-------- Original Message --------
From: ▮
To: ▮
Subject: question
Date: Thu, 14 Feb 2008 18:52:36 -0500

> this is a question my contact gave me on his cut... let me know what you =
can find out.
>
> "How is this bank setup any different than before when I was given $0 for =
my efforts? If your guys can't figure out how to do a bank wire without getting =
caught then your side can get the money any way you guys think is best. Once =
you have the cash, then what about getting a cashier=E2=80=99s check using =
the cash for the total of my cut? Then that cashier=E2=80=99s check won't be =
associated with the original account. The check can be mailed out to an investment =
company of my choice under terms I set up. All the bank people have to do is =
set up a second bank account under a name I give and get a cashier=E2=80=99s =
check using cash under that account. Then you mail the check to a company that =
sets up an investment account under the name on the check. As long as the check =
clears then I will assume all risks afterwards. The check will have to have =
the name of the account holder on it and be payable to the investment company. =
I am not going to start funding the account until you tell me exactly how I =
am getting my money. I am not accepting cash in the mail. I also need absolute =
guarantees."

https://www.safe-mail.net/cgi-bin/Safe-mail.net/showmail?src&SaXnkcEODwhZZy19sTb...   2/19/2008

DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
s=N1-0105; d=Safe-mail.net;
b=QDNnUDnJj6P9mHv4dHAleOhy0SgSHUOzWFvKWyk095biHai/sg3F/FkmtO+Q6utL
qMLgq/OktDOxICIO9SO/57E2bVncnMLqhpgI6hCKHj4BaXmwK+NV6gsBmkJipEKR
w+iE1urSb2engkRJ815hoesXwoTtWbwolxZsTcJ8IPw=;
Received: from pc ([130.13.133.175]) by Safe-mail.net with https
Subject: Re: question
Date: Sat, 16 Feb 2008 19:46:06 -0700
From: ▉
To: ▉
X-SMType: Regular
X-SMRef: N1-HdFJprqzuN
Message-Id: <N1-HdFJprqzuN@Safe-mail.net>
MIME-Version: 1.0
Content-Type: text/plain; charset=UTF-8
Content-Transfer-Encoding: quoted-printable
X-SMSignature: nWEHwN6iFwA3sLNlaivsa9e57jHndJj3S5q1XpDDwEDjuCJ473gbz7ScYYjPL4OM
3tsoF7JPHqJcRo0TCAL1ZBeSlnwwN9B04KrXDE5cP/0lJILadgZ/31jLTZ3kNaoD
/jh87U1mFHZBbLK/ifUSOarecJ8gK/VECEvd319Pw6A=

▉ it meridianbank.com and security question is high school mascot is bobcat =
and you have the rest.
-------- Original Message --------
From: ▉
To: ▉
Subject: question
Date: Thu, 14 Feb 2008 18:52:36 -0500

> this is a question my contact gave me on his cut... let me know what you =
can find out.
>
> "How is this bank setup any different than before when I was given $0 for =
my efforts? If your guys can't figure out how to do a bank wire without getting =
caught then your side can get the money any way you guys think is best. Once =
you have the cash, then what about getting a cashier=E2=80=99s check using =
the cash for the total of my cut? Then that cashier=E2=80=99s check won't be =
associated with the original account. The check can be mailed out to an investment =
company of my choice under terms I set up. All the bank people have to do is =
set up a second bank account under a name I give and get a cashier=E2=80=99s =
check using cash under that account. Then you mail the check to a company that =
sets up an investment account under the name on the check. As long as the check =
clears then I will assume all risks afterwards. The check will have to have =
the name of the account holder on it and be payable to the investment company. =
I am not going to start funding the account until you tell me exactly how I =
am getting my money. I am not accepting cash in the mail. I also need absolute =
guarantees."

2/19/09 5053