JOHN S. LEONARDO
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
fred.battista@usdoj.gov
PETER S. SEXTON
Arizona State Bar No. 011089
peter.sexton@usdoj.gov
JAMES R. KNAPP
Arizona State Bar No. 021166
james.knapp2@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Daniel David Rigmaiden,<br><br>　　　　　Defendant. | CR-08-814-001-PHX-DGC<br><br>**MOTION FOR ENLARGEMENT OF TIME** |

　　　　The United States, by and through its attorneys undersigned, respectfully requests this Court enter an order enlarging the time for the government to complete its expert disclosures, including compliance with Rule 16(a)(1)(G); and Government Rule 404(b) notification, until Friday, March 28, 2014.  The parties in the District of Arizona have agreed to a global plea agreement in this case.  In so doing, the parties have agreed to resolve all outstanding issues regarding the charges in the case, restitution, the return of property, the forfeiture and abandonment of property, and the deletion data from seized digital media that may have been outside of the scope of the search warrants obtained in this case.  As of this date, the agreed upon data deletion is complete.  The sole remaining

issue with respect to this case and the global plea agreement is approval from the Criminal Division of the Department of Justice.  The Criminal Division has advised the U.S. Attorney's Office in this District that it needs additional time to consider the approval request.  As a result, the United States is seeking this extension so that it may continue its undivided efforts to obtain the final pending approval in this case.  Defendant DANIEL DAVID RIGMAIDEN has no objection to this motion.

It is expected that excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

Respectfully submitted this 4th day of March, 2014.

>JOHN S. LEONARDO
>United States Attorney
>District of Arizona
>
>
>S/ Frederick A. Battista
>
>FREDERICK A. BATTISTA
>PETER S. SEXTON
>JAMES R. KNAPP
>Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2014, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132


S/Frederick A. Battista

FREDERICK A. BATTISTA
Assistant U.S. Attorney