JOHN S. LEONARDO
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
fred.battista@usdoj.gov
PETER S. SEXTON
Arizona State Bar No. 011089
peter.sexton@usdoj.gov
JAMES R. KNAPP
Arizona State Bar No. 021166
james.knapp2@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>   vs.<br><br>Daniel David Rigmaiden,<br><br>            Defendant. | CR-08-814-001-PHX-DGC<br><br>**MOTION FOR ENLARGEMENT OF TIME**<br><br>**(Second Request)** |

The United States, by and through its attorneys undersigned, respectfully requests this Court enter an order enlarging the time for the government to complete its expert disclosures, including compliance with Rule 16(a)(1)(G); and Government Rule 404(b) notification, until Friday, April 11, 2014.  The parties in the District of Arizona have agreed to a global plea agreement in this case.  In so doing, the parties have agreed to resolve all outstanding issues regarding the charges in the case, restitution, the return of property, the forfeiture and abandonment of property, and the deletion data from seized digital media that may have been outside of the scope of the search warrants obtained in this case.  The sole remaining issue with respect to this case and the global plea

agreement was the approval from the Criminal Division of the Department of Justice.  On this date, the Criminal Division has advised the U.S. Attorney's Office in this District that has approved the proposed global agreement.  As a result, the United States is seeking this extension in order to proceed with the possible change of plea and sentencing scheduled for Monday, April 7, 2014, at 3:00 p.m. Defendant DANIEL DAVID RIGMAIDEN has no objection to this motion.

It is expected that excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

Respectfully submitted this 27th day of March, 2014.

JOHN S. LEONARDO
United States Attorney
District of Arizona


S/ Frederick A. Battista

FREDERICK A. BATTISTA
PETER S. SEXTON
JAMES R. KNAPP
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2014, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132


S/Frederick A. Battista

FREDERICK A. BATTISTA
Assistant U.S. Attorney

- 2 -