IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Daniel David Rigmaiden,<br><br>　　　　　Defendant. | CR-08-814-001-PHX-DGC<br><br>**ORDER FOR ENLARGEMENT OF TIME** |

　　　　Upon motion of the United States, good cause appearing as stated in the government's motion, and there being no objection by defendant Daniel David Rigmaiden,

　　　　IT IS ORDERED granting the United States' Motion for Enlargement of Time enlarging the time for the government to complete its expert disclosures, including compliance with Rule 16(a)(1)(G); and Government Rule 4043(b) notification, until _____, 20____.

　　　　Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on _____, 20____, for a total of _____ days.

　　　　DATED this _____ day of _____, 20___.