**Philip A. Seplow, Esq.**
Attorney #004859
2000 North 7th Street
Phoenix, AZ  85006
(602) 254-8817

**Shadow Counsel for Defendant**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR 08-0814-PHX-DGC |
| Plaintiff, | |
| vs. | NOTICE OF WITHDRAWAL OF DEFENDANT'S DOCUMENT NUMBER 1130 FILED APRIL 3, 2014 |
| Daniel David Rigmaiden, | |
| Defendant. | |

COMES NOW the Defendant, Daniel David Rigmaiden, by and through his undersigned shadow counsel, and hereby withdraws Document number 1130 filed by Defendant on April 3, 2014.

This Motion is filed pursuant to Defendant's request and with his authorization.

RESPECTFULLY SUBMITTED this 4th day of April, 2014.

PHILIP A. SEPLOW, ESQ.


By: s/Philip A. Seplow
Philip A. Seplow, Esq.
Attorney for Defendant

1

CERTIFICATE OF SERVICE

__X__   I hereby certify that on April 4, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Frederick Battista, Esq.
    Assistant United States Attorney

    James Knapp, Esq.
    Assistant United States Attorney

    Attorneys for all codefendants of record

__X__  I hereby certify that on April 4, 2014, I served the attached document via the Court's SECRIS system on the following, who are not registered participants of the CM/ECF System:

    Jonathan Spano
    United States Probation Officer

                                  S/ Philip A. Seplow