IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TO: UNITED STATES MARSHAL

DATE: 4/7/2014

RE: CASE # CR 08-814-1-PHX-DGC

THE UNITED STATES MARSHAL IS AUTHORIZED TO RELEASE:

Defendants  Daniel David Rigmaiden

FROM CUSTODY PURSUANT TO THE COURT'S ORDER MADE IN OPEN COURT THIS DATE.

  X   TIME SERVED

____ Supervised Release Violation

____ Dismissal

ADDITIONAL INSTRUCTIONS: Judgment to Follow.

DATED this 7th day of April, 2014.



/s/ Traci C. Abraham

cc: USMS(hard copy done on 4/7/2014)