Case: 2:08cr814

#1133

FILED ✓   LODGED ___
RECEIVED ___ COPY ___

APR 1 1 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Daniel David Rigmaiden   # 10966111
FLORENCE-AZ-FLORENCE-CADC-6300
CENTRAL ARIZONA DETENTION CENTER
P.O. BOX 6300
FLORENCE, AZ 85132

---

CLERK, UNITED STATES DISTRICT COURT
RA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC-1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

UNC

PHOENIX
AZ 852
08 APR '14
PM 4 L

Hasler
04/08/2014
US POSTAGE   $00.4

ZIP 850
011D1164

RECEIVED

APR 1 1 2014

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NIXIE      850  5E 1003      0004/10/14
          RETURN TO SENDER
              UNCLAIMED
          UNABLE TO FORWARD

BC: 85003213099    *1814-05715-08-45