MIME-Version:1.0 From:azddb_responses@azd.uscourts.gov To:azddb_nefs@azddb.azd.circ9.dcn Bcc: Message-Id:<12009006@azd.uscourts.gov>Subject:Activity in Case 2:08-cr-00814-DGC USA v. Rigmaiden et al Judgment and Commitment/of Probation Issued Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

DISTRICT OF ARIZONA

**Notice of Electronic Filing**

The following transaction was entered on 4/9/2014 at 3:00 PM MST and filed on 4/9/2014

| | |
|---|---|
| **Case Name:** | USA v. Rigmaiden et al |
| **Case Number:** | 2:08-cr-00814-DGC |
| **Filer:** | |
| **Document Number:** | 1136 |

---

ERK, UNITED STATES DISTRICT COURT
A DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC-1
PHOENIX, AZ 85003-2118

**OFFICIAL BUSINESS**

RECEIVED
APR 1 6 2014
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Daniel David Rigmaiden # 10966111
FLORENCE-AZ-FLORENCE-CADC-6300
CENTRAL ARIZONA DETENTION CENTER
P.O. BOX 6300
FLORENCE, AZ 85132

Hasler
04/11/2014
US POSTAGE $00.69
ZIP 85003
011D1164136

NIXIE        850 DE 1 009        0004/15/14
      RETURN TO SENDER
         UNCLAIMED
      UNABLE TO FORWARD
BC: 85003213099        *1394-02377-11-44

Daniel David Rigmaiden(Terminated)