## UNITED STATES v. DANIEL DAVID RIGMAIDEN
## CR08-814-PHX-DGC
### EXHIBIT INDEX

**DEFENDANT'S MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE**

EXHIBIT 01:   (1) SpotCrime.com report of Assault/Homicide which occurred on the property of which defendant lives; and (2) photograph of street corner memorial for homicide victim.

[Redacted by the defendant]

EXHIBIT 02:   Lye, Linda. (2014). *STINGRAYS: The Most Common Surveillance Tool the Government Won't Tell You About*. American Civil Liberties Union of Northern California, *available at* https://www.aclunc.org/sites/default/files/StingRays_The_Most_Common_Surveillance_Tool_the_Govt_Won%27t_Tell_You_About_0.pdf (last accessed: Jan. 4, 2016).

Note: PDF pp. 1-4 (title page and table of contents) attached.

EXHIBIT 03:   Arizona Attorneys for Criminal Justice. (2015). *AACJ 2015 Winter Seminar Agenda* (Day 1, 4:00pm – 5:00pm, Daniel Rigmaiden - Stingray).

EXHIBIT 04:   Martin, Kate. (Mar. 23, 2015). *Stingray snared him, now he helps write rules for surveillance device*, The News Tribune, *available at* http://www.thenewstribune.com/news/local/politics-government/article26270491.html (last accessed: Jan. 4, 2016).



(1) SpotCrime.com report of Assault/Homicide which occurred on the property of which defendant lives; and (2) photograph of street corner memorial for homicide victim.

[Redacted by the defendant]



Select State    | GO    Search

Home | Contact | Help | Blog | Search | Report A Crime | Sign Up

**SpotCrime**    Assault on [            ] AZ

Turn daylight into dollars for $0 down.
Start saving right away with SunPower® home solar.
Learn More    SUNPOWER®

Get Local Crime Alerts!

email address
password
New? Signup Free!
Forgot password?

Assault [            ] AZ

[    ]/2015 [    ] PM.
HOMOCIDE View Source.

Submit a Crime Tip

Email to a friend
Submit a Crime
Tip
SHARE

Google Streetview Disclaimer: This is a Google Maps Street View of the approximate area where the crime occurred. It is not necessarily the exact address view of the crime.

AZFamily.com
Arizona's Family; The Place with More News Read More...

START DOWNLOAD

3 steps to Fast Maps & Directions

1. Click
Start Download

2. Free Access -
No Sign up!

3. Get Free Directions & Maps

mapsgalaxy

Public Arrest Records

1) Enter a Name & Search for Free. 2) View Background Check Instantly.
○    ○

Market Monitor
[            ] AZ    Update

Average Sales Price    Sales Inventory

Assault [            ] AZ
HOMOCIDE

