⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇

Arizona Attorneys for Criminal Justice. (2015). *AACJ 2015 Winter Seminar Agenda* (Day 1, 4:00pm – 5:00pm, Daniel Rigmaiden - Stingray).

| TIME | MAIN TRACK | HOW TO TRACK |
|---|---|---|
| 10:00-11:00 | Challenges for Lawyers & Technology's Answers Paul Lovlies | Lexis CaseMap |
| 11:00-12:00 | Brian Chase- Mobile Technology | John Champagne, Audio Editing Apps |
| 12:00-12:45 | Lunch | |
| 12:45-1:00 | Break | |
| 1:00-2:00 | Lonnie Dworkin- Cell Towers | |
| 2:00-3:00 | Terry Bressi- Unconstitutional Practices at Border Patrol Checkpoints | Amanda Bynum, One Note |
| 3:00-3:15 | BREAK | |
| 3:15-4:00 | Scott Greene, Evidence Solutions-Computer Forensics | Maximizing Your Justware Experience, Paul Lovelis |
| 4:00-5:00 | Daniel Rigmaiden- Stingray | Apps to Help Your Practice- Roundtable |

| TIME | MAIN TRACK | HOW TO TRACK |
|---|---|---|
| 7:30-8:30 | Breakfast | |
| 8:30-9:30 | Amy Kalman- Rule 702 Cases & Issues | Lexis CaseMap |
| 9:30-10:30 | Hanni Fakhoury, Government Surveillance & Electronic Search and Seizure Issues | Dan Jaffe, Lawlytics Marketing and Commoditization of Lawyers and the Legal Profession |
| 10:30-10:45 | BREAKS | Karen Neville, Powerpoint |
| 10:45-11:45 | Dennis James & Tom Reyes Air Bag Modules & Accident Reconstruction- Including information about how technology can be used | Cloud Computing & Data Security- Brian Chase |
| 11:45-1:00 | AWARDS LUNCHEON | |
| 1:00-2:00 | Walter Nash & Sue Doucette, Stingray & Other Advances in Government Technology | |
| 2:00-2:45 | Alex Lane- Using Mobile devices to improve your practice | Maximizing Your Justware Experience, Paul Lovelis |
| 2:45-3:00 | CLOSING COMMENTS | |
| 3:00-5:00 | BOARD MEETING | |