IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 08-814-1-PHX-DGC |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Daniel David Rigmaiden, | ) ) ) | |
| Defendant. | ) ) | |
| | ) ) | |

Before the Court is defendant's motion for early termination of supervised release. Document 1150.  Government taking no position and the probation officer having no objections to early termination of supervised release,

IT IS THEREFORE ORDERED granting defendant's motion for early termination of supervised release.

DATED this 14th day of January, 2016.

_____

David G. Campbell
United States District Judge